**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION | MDL No. 1:24-MD-3103-TSK |
| **This Document Relates to All Cases** | |

**REGENERON PHARMACEUTICALS, INC.'S REPLY IN RESPONSE TO
DEFENDANT SAMSUNG BIOEPIS CO., LTD.'S SUBMISSION REGARDING
TEMPORARY RESTRAINING ORDERS**

To avoid any confusion regarding its position, Regeneron submits this reply in response to Samsung Bioepis's submission regarding Regeneron's potential motions for temporary restraining orders.[1]  Bioepis effectively asks the Court (at 1) to decide Regeneron's pending motion for preliminary injunction.  Regeneron is happy for the Court to do so without the need for TRO practice, if Bioepis agrees to remain off the market until the Court resolves the existing injunction motion or if the Court's schedule allows a decision before May 18, 2024.  That is the date on which FDA may approve biosimilar copies of Eylea® and, absent agreement or relief from the Court, enable Bioepis and the other Defendants to launch their products.  Regeneron is available for oral argument on the injunction motions between now and then at the Court's convenience.

If the Court is not able to resolve the injunction motions by then, TROs would maintain the status quo for a limited time until the Court can do so.  Regeneron will move for TROs on May 14, 2024 or whenever and in whatever form the Court directs.  However, Regeneron respectfully notes that TROs are limited to 14 days and only "good cause" or consent extensions, *see* Fed. R. Civ. P. 65(b)(2), because they are issued *without* hearing from the defendant, *see ClearOne Advantage, LLC v. Kersen*, 2024 WL 69918, at *2 (D. Md. Jan. 5, 2024) (quoting *Hoechst Diafoil*

---

[1] *See* Dkt. 39, No. 24-MD-3103; Dkt. 209, No. 23-CV-94; Dkt. 191, No. 23-CV-106.

1

*Co. v. Nan Ya Plastics Corp.*, 174 F.3d 411, 422 (4th Cir. 1999)).

Alternately, if Defendants were to agree to remain off the market until the Court resolves the existing injunction motions, even if that resolution is after May 18, 2024, then Regeneron will forego filing TROs.

Date: May 7, 2024

*Of Counsel*:

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Rebecca A. Carter (admitted *PHV*)
Haylee N. Bernal Anderson (admitted *PHV*)
Renee M. Griffin (admitted *PHV*)
Jennalee Beazley* (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
rebeccacarter@wc.com
handerson@wc.com
rgriffin@wc.com
jbeazley@wc.com

CAREY DOUGLAS KESSLER & RUBY, PLLC

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

*Admitted only in Pennsylvania; practice
supervised by D.C. Bar members

Elizabeth Stotland Weiswasser (admitted *PHV*)
Anish R. Desai (admitted *PHV*)
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY 10153
Elizabeth.Weiswasser@weil.com
Anish.Desai@weil.com

Christopher M. Pepe (admitted *PHV*)
WEIL, GOTSHAL & MANGES
2001 M Street, NW
Suite 600
Washington, DC 20036
Christopher.Pepe@weil.com

Andrew E. Goldsmith (admitted *PHV*)
Evan T. Leo (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
Alyssa J. Picard (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
eleo@kellogghansen.com
jhartman@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com
apicard@kellogghansen.com

*Attorneys for Plaintiff Regeneron
Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2024, I electronically transmitted the foregoing with the

Court.  Counsel of record for all parties will be served by electronic mail.

*/s/ Steven R. Ruby*

Steven R. Ruby (WVSB No. 10752)
