IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>This Document Relates to All Cases | MDL No.: 1:24-md-3103-TSK |

### JOINT NOTICE OF PENDING MOTIONS

Pursuant to the Court's Order dated April 26, 2024, Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") and MDL Defendants Mylan Pharmaceuticals Inc. ("Mylan"), Biocon Biologics Inc. ("Biocon"), Samsung Bioepis Co., Ltd. ("SB"), Celltrion, Inc. ("Celltrion"), Formycon AG ("Formycon"), and Amgen Inc. ("Amgen") jointly submit this Notice of Pending Motions before the Court, with each motion identified by member case number and style as well as by the document number assigned to the motion. The parties understand that this Notice serves as re-notice of each pending motion for resolution and that the re-noticed motions will be considered pending as of the date of the filing of this Notice.

Regeneron further advises the Court that its Motion for Guidance Regarding Temporary Restraining Orders in View of May 18, 2024 Expiration of Regulatory Exclusivity for EYLEA, which Regeneron filed on May 3, 2024, is also pending before the Court in the above-captioned MDL and certain member cases. *See* No. 1:24-md-3103 Dkt. 36; No. 1:22-cv-00061-TSK, Dkt. 754; No. 1:23-cv-00089-TSK, Dkt. 168; No. 1:23-cv-00094-TSK, Dkt. 207; No. 1:23-cv-00106-TSK, Dkt. 189; No. 1:23-cv-00097-TSK, Dkt. 217; No. 1:24-cv-00039-TSK Dkt. 131.

I. *Regeneron Pharmaceuticals, Inc. v. Mylan Pharmaceuticals Inc. and Biocon Biologics Inc.*, No. 1:22-cv-00061-TSK (N.D. W.Va.)

A. **Regeneron's Pending Motions**

Regeneron identifies and re-notices the following motions it has filed that are currently pending before the Court in the above-captioned case against Mylan and Biocon:

- Motion for Permanent Injunction (Case No. 1:22-cv-00061-TSK Dkt. 708)

B. **Mylan's and Biocon's Pending Motions**

None.

II. *Regeneron Pharmaceuticals, Inc. v. Celltrion, Inc.*, No. 1:23-cv-00089-TSK (N.D. W.Va.)

A. **Regeneron's Pending Motions**

Regeneron identifies and re-notices the following motions it has filed that are currently pending before the Court in the above-captioned case against Celltrion:

- Motion for Preliminary Injunction (Case No. 1:23-cv-00089-TSK Dkt. 108)

B. **Celltrion's Pending Motions**

Celltrion identifies and re-notices the following motions it has filed that are currently pending before the Court in the above-captioned case against Celltrion:

- Celltrion's Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively, Transfer Venue (Case No. 1:23-cv-00089-TSK Dkt. 68)
- Celltrion's Motion to Strike Portions of Regeneron's Reply Brief and the Entirety of the Graham Declaration, or, In the Alternative, for Leave to File a Sur-Reply (Case No. 1:23-cv-00089-TSK Dkt. 160-2)

**III.**   *Regeneron Pharmaceuticals, Inc. v. Samsung Bioepis Co., Ltd.*, **No. 1:23-cv-00094-TSK (N.D. W.Va.);** *Regeneron Pharmaceuticals, Inc. v. Samsung Bioepis Co., Ltd.*, **No. 1:23-cv-00106-TSK (N.D. W.Va.)**

**A.   Regeneron's Pending Motions**

Regeneron identifies and re-notices the following motions it has filed that are currently pending before the Court in the above-captioned cases against SB:

- Motion for Preliminary Injunction (Case No. 1:23-cv-00094-TSK Dkt. 118; Case No. 1:23-cv-00106-TSK Dkt. 99)

- Emergency Motion to Strike Samsung Bioepis's and Formycon's Motion to Strike (Case No. 1:23-cv-00094-TSK Dkt. 171; Case No. 1:23-cv-00106-TSK Dkt. 152)

**B.   SB's Pending Motions**

SB identifies and re-notices the following motions it has filed that are currently pending before the Court in the above-captioned cases against SB:

- SB's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (Case No. 1:23-cv-94-TSK-JPM Dkt. 47; Case No. 1:23-cv-106-TSK-JPM Dkt. 14)

- SB's and Formycon's Motion for an Order Confirming That Third-Party Discovery Is Not Permitted (Case No. 1:23-cv-94-TSK-JPM Dkt. 129-2; Case No. 1:23-cv-106-TSK-JPM Dkt. 110-2)

- SB's and Formycon's Motion to Partially Strike the Opening Declaration of Dr. Ranjit Singh Atwal (Case No. 1:23-cv-94-TSK-JPM Dkt. 163-2; Case No. 1:23-cv-106-TSK-JPM Dkt. 143-2)

- SB's Emergency Motion to Strike (Case No. 1:23-cv-94-TSK-JPM Dkt. 195-2; Case No. 1:23-cv-106-TSK-JPM Dkt. 177-2);

- SB's Emergency Motion to Compel (Case No. 1:23-cv-94-TSK-JPM Dkt. 200-2; Case No. 1:23-cv-106-TSK-JPM Dkt. 182-2)

IV.  ***Regeneron Pharmaceuticals, Inc. v. Formycon AG***, **No. 1:23-cv-00097-TSK (N.D. W.Va.)**

    A.  **Regeneron's Pending Motions**

Regeneron identifies and re-notices the following motions it has filed that are currently pending before the Court in the above-captioned case against Formycon:

- Motion for Preliminary Injunction (Case No. 1:23-cv-00097-TSK Dkt. 101)
- Emergency Motion to Strike Samsung Bioepis's and Formycon's Motion to Strike (Case No. 1:23-cv-00097-TSK Dkt. 173)

    B.  **Formycon's Pending Motions**

Formycon identifies and re-notices the following motions it has filed that are currently pending before the Court in the above-captioned case against Formycon:

- Motion to Dismiss for Lack of Personal Jurisdiction or Alternatively to Transfer Venue (Case No. 1:23-cv-00097-TSK Dkts. 57-58)
- Motion for an Order Confirming That Third-Party Discovery Is Not Permitted (Case No. 1:23-cv-00097-TSK Dkt. 110)
- Motion to Partially Strike the Opening Declaration of Dr. Ranjit Singh Atwal (Case No. 1:23-cv-00097-TSK Dkt. 154)
- Objections to Magistrate Judge Mazzone's Sealed Order Denying Its Emergency Motion to Compel (Case No. 1:23-cv-00097-TSK Dkts. 179, 180)
- Emergency Motion to Strike (Case No. 1:23-cv-00097-TSK Dkt. 207 and MDL No. 1:24-MD-3103-TSK Dkt. 8)

V.  ***Regeneron Pharmaceuticals, Inc. v. Amgen Inc.***, **No. 1:24-cv-00039-TSK (N.D. W.Va.)**

    A.  **Regeneron's Pending Motions**

Regeneron does not currently have any motions pending with the Court in the above-captioned case against Amgen.

B.     **Amgen's Pending Motions**

Amgen identifies and re-notices the following motion it has filed that is currently pending before the Court in the above-captioned case:

- Defendant Amgen Inc.'s Motion to Compel (Case No. 1:24-cv-00039-TSK Dkt. 125)

***

In addition to the above motions, and in connection with Case Nos. 1:23-cv-00097, 1:23-cv-00094, 1:23-cv-00106, Regeneron identifies and re-notices the following motion it has filed that is currently pending before the Court in the non-member case captioned *Regeneron Pharmaceuticals, Inc. v. SAFC Biosciences, Inc.*, No. 1:24-mc-00029-TSK (N.D. W.Va.):

- Motion to Compel Compliance with Rule 45 Subpoenas (Case No. 1:24-mc-00029 Dkt. 20)

| | |
|---|---|
| Date: May 10, 2024 | CAREY DOUGLAS KESSLER & RUBY, PLLC |
| *Of Counsel*: | /s/ Steven R. Ruby |
| | Steven R. Ruby (WVSB No. 10752) |
| David I. Berl (admitted *PHV*) | David R. Pogue (WVSB No. 10806) |
| Ellen E. Oberwetter (admitted *PHV*) | Raymond S. Franks II (WVSB No. 6523) |
| Thomas S. Fletcher (admitted *PHV*) | 707 Virginia Street East |
| Andrew V. Trask (admitted *PHV*) | 901 Chase Tower (25301) |
| Teagan J. Gregory (admitted *PHV*) | P.O. Box 913 |
| Shaun P. Mahaffy (admitted *PHV*) | Charleston, West Virginia 25323 |
| Kathryn S. Kayali (admitted *PHV*) | (304) 345-1234 |
| Arthur J. Argall III (admitted *PHV*) | sruby@cdkrlaw.com |
| Adam Pan (admitted *PHV*) | drpogue@cdkrlaw.com |
| Haylee N. Bernal Anderson (admitted *PHV*) | |
| Renee M. Griffin (admitted *PHV*) | *Attorneys for Plaintiff Regeneron* |
| Jennalee Beazley* (admitted *PHV*) | *Pharmaceuticals, Inc.* |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue, SW | |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| dberl@wc.com | |
| eoberwetter@wc.com | |
| tfletcher@wc.com | |
| atrask@wc.com | |
| tgregory@wc.com | |
| smahaffy@wc.com | |
| kkayali@wc.com | |
| aargall@wc.com | |
| apan@wc.com | |
| handerson@wc.com | |
| rgriffin@wc.com | |
| jbeazley@wc.com | |

*Admitted only in Pennsylvania; practice supervised by D.C. Bar members

Elizabeth Stotland Weiswasser (admitted *PHV*)
Anish R. Desai (admitted *PHV*)
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY 10153
Elizabeth.Weiswasser@weil.com
Anish.Desai@weil.com

Christopher M. Pepe (admitted *PHV*)
WEIL, GOTSHAL & MANGES
2001 M Street, NW
Suite 600
Washington, DC 20036
Christopher.Pepe@weil.com

Andrew E. Goldsmith (admitted *PHV*)
Evan T. Leo (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
Alyssa J. Picard (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
eleo@kellogghansen.com
jhartman@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com
apicard@kellogghansen.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

<div style="display: flex;">

<div>

OF COUNSEL:

Louis E. Fogel (*pro hac vice*)
Shaun M. Van Horn (*pro hac vice*)
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, Minnesota 55402
(612) 335-5070

Robert M. Oakes (*pro hac vice*)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070

Andria Rae Crisler (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070

Madelyn McCormick (*pro hac vice*)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070

Taylor Burgener (*pro hac vice*)
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, D.C. 20024
(202) 783-5070

Qiuyi Wu (*pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
(617)-542-5070

Terri L. Mascherin (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

</div>

<div>

Respectfully submitted,

THOMAS COMBS & SPANN PLLC

*/s/ M. David Griffith, Jr.*
Bryant J. Spann (WVSB No. 8628)
M. David Griffith, Jr. (WVSB No. 7720)
300 Summers Street, Suite 1380
Charleston, West Virginia 25301
Phone:  (304) 414-1800
Fax:  (304) 414-1801
bspann@tcspllc.com
dgriffith@tcspllc.com

*Attorneys for Defendant Formycon AG*

</div>

</div>

*/s/ Max C. Gottlieb*
Michael B. Hissam (WVSB #11526)
Max C. Gottlieb (WVSB #13201)
Andrew C. Robey (WVSB #12806)
Carl W. Shaffer (WVSB #13260)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
mhissam@hfdrlaw.com
mgottlieb@hfdrlaw.com
arobey@hfdrlaw.com
cshaffer@hfdrlaw.com

Robert Cerwinski, (*pro hac vice*)
Aviv Zalcenstein, (*pro hac vice*)
Michael Cottler, (*pro hac vice*)
Lora Green, (*pro hac vice*)
David Kim, (*pro hac vice*)
Brigid Morris, (*pro hac vice*)
Kyle Musgrove, (*pro hac vice)*
Cindy Chang, (*pro hac vice*)
GEMINI LAW LLP
40 W 24th Street
New York, NY 10010
(917) 915-8832
rcerwinski@geminilaw.com
azalcenstein@geminilaw.com
mcottler@geminilaw.com
lgreen@geminilaw.com
dkim@geminilaw.com
bmorris@geminilaw.com
kmusgrove@geminilaw.com
cchang@geminilaw.com

Michael W. Johnson, (*pro hac vice*)
Matthew Freimuth, (*pro hac vice*)
Dan Constantinescu, (*pro hac vice*)
Ocean Lu, (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

mjohnson@willkie.com
mfreimuth@willkie.com
dconstantinescu@willkie.com
olu@willkie.com

*Attorneys for Celltrion, Inc.*

| | |
|---|---|
| *Of Counsel:* | SCHRADER COMPANION, DUFF & LAW, PLLC |
| | |
| Frank E. Simmerman, Jr. (WVSB# 3403) |    */s/ Sandra K. Law* |
| Chad L. Taylor (WVSB# 10564) | Sandra K. Law (WVSB No. 6071) |
| Frank E. Simmerman, III (WVSB# 10584) | 401 Main Street |
| SIMMERMAN LAW OFFICE, PLLC | Wheeling, West Virginia 26003 |
| 254 East Main Street | skl@schraderlaw.com |
| Clarksburg, West Virginia 26301 | |
| (304) 623-4900 | |
| clt@simmermanlaw.com | |

Raymond N. Nimrod
(*PHV* granted, special appearance)
Matthew A. Traupman
(*PHV* granted, special appearance)
Laura L. Fairneny
(*PHV* granted, special appearance)
Matthew D. Robson
(*PHV* granted, special appearance)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
raynimrod@quinnemanuel.com
matthewtraupman@quinnemanuel.com
laurafairneny@quinnemanuel.com

Zachariah B. Summers
(*PHV* granted, special appearance)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa St.
Los Angeles, CA 90017
(213) 443-3000
zachsummers@quinnemanuel.com

*Attorneys for Defendant*
*Samsung Bioepis Co., Ltd.*
*appearing for the limited purpose of*
*contesting jurisdiction*

11

STEPTOE & JOHNSON PLLC

***/s/ Gordon H. Copland***
Gordon H. Copland (WVSB #828)
William J. O'Brien (WVSB #10549)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Of Counsel (admitted pro hac vice):*
William A. Rakoczy
Deanne M. Mazzochi
Heinz J. Salmen
Eric R. Hunt
Neil B. McLaughlin
Lauren M. Lesko
Jake R. Ritthamel
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 W. Hubbard St., Suite 500
Chicago, IL 60654
(312) 527-2157

wrakoczy@rmmslegal.com
dmmazzochi@rmmslegal.com
hsalmen@rmmslegal.com
ehunt@rmmslegal.com
nmclaughlin@rmmslegal.com
llesko@rmmslegal.com
jritthamel@rmmslegal.com

*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Biocon Biologics Inc.*

**AMGEN INC.,**

 /s/ Ashley Hardesty Odell
Ashley Hardesty Odell [WVSB # 9380]
ahardestyodell@bowlesrice.com
Karly N. King [WVSB #14461]
karly.king@bowlesrice.com
BOWLES RICE LLP
125 Granville Square
Morgantown, West Virginia 26505
(304) 285-2500 – Telephone
(304) 285-2575 – Facsimile

Counsel pending *pro hac vice* admission:

John R. Labbe (PHV)
Kevin M. Flowers (PHV)
Thomas Burns (PHV)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

E. Anthony Figg (PHV)
Joseph A. Hynds (PHV)
Jennifer Nock (PHV)
Brett A. Postal (PHV)
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001
(202) 783-6040
Wendy Whiteford (PHV)
Eric Agovino (PHV)
Chanson Chang (PHV)
Pauline Pelletier (PHV)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

*Attorneys for Defendant Amgen Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 10th day of May 2024, service of the foregoing *Joint Notice of Pending Motions* was made to counsel of record by CM/ECF filing.

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)