```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**IN RE: AFLIBERCEPT PATENT
LITIGATION**

                                  **MDL NO. 1:24-MD-3103-TSK**

**THIS DOCUMENT RELATES TO
ALL CASES**

## ORDER

As discussed during the case management conference on May 17, 2024, the parties are **DIRECTED** to file, on or before **May 31, 2024**, written proposals indicating which matters are appropriate for collective pretrial consideration and disposition while the case is designated as an MDL. The submissions shall be limited to **20 pages** in length. Each party is further **DIRECTED** to attach as exhibits any submissions the party made to the United States Judicial Panel on Multidistrict Litigation before and leading up to this matter being designated as an MDL.

Finally, the parties are **DIRECTED** to email proposed orders on the pending preliminary injunction motions in Word format to Shannon Gibson (shannon_gibson@wvnd.uscourts.gov) on or before **May 24, 2024**. The parties shall not file the proposed orders.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: May 20, 2024

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA