IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: AFLIBERCEPT PATENT
LITIGATION

MDL NO. 1:24-MD-3103-TSK

THIS DOCUMENT RELATES TO
CASE NO. 1:24-CV-39

## ORDER SETTING BRIEFING SCHEDULE WITH RESPECT TO ANY MOTION FOR PRELIMINARY INJUNCTION AGAINST AMGEN

For reasons appearing to the Court, the following briefing schedule applies to any motion for preliminary injunction with respect to Defendant Amgen:

- Motion, on or before **June 7, 2024** (limited to 25 pages);

- Response, on or before **June 21, 2024** (limited to 25 pages); and

- Reply, on or before **July 3, 2024** (limited to 15 pages).

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: May 24, 2024

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA