# United States Court of Appeals
# for the Federal Circuit

_____

**REGENERON PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

**v.**

**MYLAN PHARMACEUTICALS INC., AMGEN USA, INC., BIOCON BIOLOGICS INC., CELLTRION, INC., FORMYCON AG, SAMSUNG BIOEPIS CO.,**
*Defendants*

**AMGEN INC.,**
*Defendant-Appellee*

_____

2024-2351

_____

Appeal from the United States District Court for the Northern District of West Virginia in Nos. 1:24-md-03103-TSK-JPM, 1:24-cv-00053-TSK, 1:24-cv-00039-TSK-JPM, 1:23-cv-00106-TSK-JPM, 1:23-cv-00097-TSK-JPM, 1:23-cv-00094-TSK-JPM, 1:23-cv-00089-TSK-JPM, 1:22-cv-00061-TSK-JPM, Chief Judge Thomas S. Kleeh.

_____

**JUDGMENT**

_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 14, 2025
Date

Jarrett B. Perlow
Clerk of Court