IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO**<br>**CASE NO. 1:23-cv-00089-TSK**<br>**CASE NO. 1:24-cv-00053-TSK** | MDL No.: 1:24-md-3103-TSK |

**STIPULATION AND [PROPOSED] ORDER
DISMISSING ALL CLAIMS AND COUNTERCLAIMS, VACATING
PRELIMINARY INJUNCTION PREVIOUSLY ISSUED BY THE COURT,
AND RELEASING PRELIMINARY INJUNCTION BOND**

Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") and Defendant Celltrion, Inc. ("Celltrion"), subject to the approval of the Court, hereby enter into the following Stipulation to dismiss without prejudice and release the preliminary injunction bond.

WHEREAS, Regeneron and Celltrion have reached an agreement that will resolve all issues between them without further litigation regarding Celltrion's 2 mg aflibercept product.

NOW THEREFORE Regeneron and Celltrion, by and through their respective undersigned counsel in this Action, and subject to the approval of the Court, stipulate and agree as follows:

1. The Court's Order for Injunctive Relief Against Celltrion (24-md-3103, ECF No. 252), entered on July 10, 2024, is hereby vacated.

2. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Regeneron's Case Nos. 1:23-cv-89 and 1:24-cv-53 against Celltrion (which was made a part of MDL No. 24-md-3103-TSK), including all claims and defenses asserted by

        Regeneron against Celltrion and all counterclaims and defenses asserted by Celltrion against Regeneron, are hereby dismissed, without prejudice to the extent specified in the parties' agreement.

3. All parties shall bear their own costs, disbursements, and attorneys' fees.

4. The Court's Order Establishing Security Under Federal Rule of Civil Procedure 65(c) [24-md-3103, ECF No. 272] is hereby vacated and the preliminary injunction bond, Bond #CGB9428697 [24-md-3103, ECF No. 294], is hereby released to the Sureties, Fidelity and Deposit Company of Maryland and Zurich American Insurance Company.

5. The Court's Stipulated Protective Order [23-cv-00089, ECF No. 112] is modified as follows: the prohibitions of sections 9(b) and 9(h) that terminate "one (1) year after final termination of this Action" will instead terminate on September 29, 2026.

6. The Court's Stipulations To Amend Complaint & Set Deadline to Respond [24-md-3103, ECF Nos. 423 and 424] are modified as follows: paragraph 4 of each Order is vacated.

SO ORDERED this ____ day of _____, 2025.

_____
Hon. Thomas S. Kleeh, Chief Judge

Date: October 20, 2025

| *Of Counsel*: | CAREY DOUGLAS KESSLER & RUBY, PLLC |
|---|---|
| David I. Berl (admitted *PHV*) | */s/ Steven R. Ruby* |

<div style="columns:2">

Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Rhochelle Krawetz (admitted *PHV*)
Jennalee Beazley (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
rkrawetz@wc.com
jbeazley@wc.com

Elizabeth Stotland Weiswasser (admitted *PHV*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
eweiswasser@paulweiss.com

Christopher M. Pepe (admitted *PHV*)
Priyata Y. Patel (admitted *PHV*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
cpepe@paulweiss.com
ppatel@paulweiss.com

Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

</div>

3

Andrew E. Goldsmith (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
eleo@kellogghansen.com
jhartman@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

4

Dated: October 20, 2025

    /s/ *Max C. Gottlieb*
Michael B. Hissam (WVSB #11526)
Max C. Gottlieb (WVSB #13201)
Andrew C. Robey (WVSB #12806)
Carl W. Shaffer (WVSB #13260)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
mhissam@hfdrlaw.com
mgottlieb@hfdrlaw.com
arobey@hfdrlaw.com
cshaffer@hfdrlaw.com

OF COUNSEL:

GEMINI LAW LLP
Robert Cerwinski
Aviv Zalcenstein
Michael Cottler
Lora Green
David Kim
Brigid Morris
Kyle Musgrove
Cindy Chang
40 W 24th Street
New York, NY 10010
(917) 915-8832

WILLKIE FARR & GALLAGHER LLP
Michael W. Johnson
Matt Freimuth
Dan Constantinescu
Ocean Lu
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Attorneys for Defendant Celltrion, Inc.*