IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**This Document Relates to:**<br>**No. 1:24-cv-39-TSK** | )<br>)<br>)<br>)<br>) MDL No. 1:24-md-3103-TSK<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Regeneron Pharmaceuticals, Inc. ("Plaintiff") and Defendant Amgen Inc. ("Defendant"), subject to the approval of the Court, that:

a. All claims and prayers for relief by Plaintiff with respect to U.S. Patent Nos. 9,254,338, 10,130,681, 10,464,992, 10,828,345, 10,888,601, 11,160,918, 11,253,572, 11,306,135, 11,505,593, 11,542,317, 11,559,564, 11,707,506, 11,753,459, 11,769,597, and 11,793,926 (collectively, the "Dismissed Patents") should be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1), including Counts 2, 5, 7, 9, 10, 16, 17, 18, 21, 23, 26, 28, 29, 30, and 32 of Plaintiff's Complaint, ECF No. 1 in Civil Action No. 1:24-cv-39-TSK; and

b. All counterclaims, affirmative defenses, and prayers for relief by Defendant with respect to the Dismissed Patents set forth in Defendant's Answer to Complaint and Counterclaims, ECF No. 89 in Civil Action No. 1:24-cv-39-TSK, should be DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1), including the Third, Fourth, Fifth, Tenth,

Eleventh, Twelfth, Seventeenth, Eighteenth, Nineteenth, Twentieth, Twenty-First, Twenty-Second, Thirty-Third, Thirty-Fourth, Thirty-Fifth, Thirty-Sixth, Thirty-Seventh, Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-Sixth, Forty-Seventh, Forty-Eighth, Fifty-First, Fifty-Second, Fifty-Third, Fifty-Eighth, Fifty-Ninth, Sixtieth, Sixty-Third, Sixty-Fourth, Sixty-Fifth, Sixty-Sixth, Sixty-Seventh, Sixty-Eighth, Sixty-Ninth, Seventieth, Seventy-Third, and Seventy-Fourth Counterclaims.

For the avoidance of doubt, this dismissal is made without prejudice to Plaintiff's ability to assert the Dismissed Patents against any products other than 2 mg aflibercept products that are the subject of and described in BLA No. 761298, including any supplements or amendments. By way of example but not limitation, this dismissal is made without prejudice to Plaintiff's ability to assert the Dismissed Patents against any 8 mg aflibercept product, whether or not an 8 mg aflibercept product is the subject of BLA No. 761298, including any supplements or amendments.

The parties do not hereby agree to dismiss any count or counterclaim not specifically enumerated above.

The propriety of any counterclaims asserted by Defendant in Case No. 1:25-cv-74-TSK (ECF No. 666 in MDL No. 1-24-md-3103), or any other claims, counterclaims, or defenses asserted by either party in this MDL, as well as the appropriate scope of discovery in this MDL, shall be determined according to law without regard for the fact that dismissal of the counts and counterclaims enumerated above was accomplished via agreement rather than by another means.

AGREED TO:

*/s/ David R. Pogue*
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
CAREY DOUGLAS KESSLER & RUBY, PLLC
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Rhochelle Krawetz (admitted *PHV*)
Jennalee Beazley (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
rkrawetz@wc.com
jbeazley@wc.com

*/s/ Kaitlyn N. McKitrick*
Kaitlyn N. McKitrick [WVSB #12782]
kmckitrick@bowlesrice.com
BOWLES RICE LLP
125 Granville Square
Morgantown, West Virginia 26505
(304) 285-2500 – Telephone
(304) 285-2575 – Facsimile

Stuart A. McMillan [WVSB #6352]
smcmillan@bowlesrice.com
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
(304) 347-1110

John R. Labbe (PHV)
Kevin M. Flowers (PHV)
Thomas Burns (PHV)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

E. Anthony Figg (PHV)
Joseph A. Hynds (PHV)
Jennifer Nock (PHV)
Brett A. Postal (PHV)
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001
(202) 783-6040

Jeffrey A. Lamken (PHV)
MOLO LAMKEN LLP
600 New Hampshire Ave., NW
Suite 500

<div style="display: flex;">

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

Washington, D.C. 20037
(202) 556-2010

Wendy Whiteford (PHV)
Eric Agovino (PHV)
Chanson Chang (PHV)
Pauline Pelletier (PHV)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

Timothy G. Cameron (PHV)
Jesse M. Weiss (PHV)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
jweiss@cravath.com

*Attorneys for Defendant Amgen Inc.*

</div>

SO ORDERED:

This 7th day of January, 2026

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia

4