## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**IN RE: AFLIBERCEPT PATENT LITIGATION**

**THIS DOCUMENT RELATES TO CASE NOS. 1:24CV39**
                      **1:25CV74**

**MDL No. 1:24-MD-3103-TSK**

### ORDER

Currently pending before the Court is Regeneron's Motion to Compel Production of Documents, filed May 29, 2026.  ECF No. 850.  This Motion has been referred to the undersigned. ECF No. 907.

The parties are **DIRECTED** to supplement their briefing, and in particular to address the current state of the Motion, whether any issues have been resolved, and the impact, if any, of the District Court's Order at ECF No. 883 upon the issues raised by ECF No. 850.  **Supplemental briefs are due to be filed on or before August 10, 2026.**

Additionally, an **oral argument/evidentiary hearing** is **SET** on **August 12, 2026, at 1:30pm – 3:30pm in the Wheeling Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James P. Mazzone**.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to any *pro se* party by certified mail, return receipt requested and to serve counsel of record herein.

Dated: 7/27/2026

/s/ James P. Mazzone

JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE