**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

|  |  |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>Case No. 1:24-cv-39-TSK<br>Case No. 1:25-cv-74-TSK | MDL No. 1-24-md-3103-TSK |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**CLAIM CONSTRUCTION SCHEDULE**

Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") brought patent infringement actions against Defendant Amgen Inc. seeking to market PAVBLU, a biosimilar version of Regeneron's EYLEA® product. Amgen Inc. is the sole remaining Defendant. The Court entered a Scheduling Order in this MDL on September 29, 2025. ECF No. 663. The Scheduling Order included the following deadlines regarding claim construction:

| Event | Deadline |
|---|---|
| Parties Identify Claim Terms for Construction | July 15, 2026 |
| Parties Exchange Proposed Constructions and Identify Intrinsic and Extrinsic Evidence | July 22, 2026 |
| Parties File Joint Claim Construction and Prehearing Statement | August 5, 2026 |
| Parties File Opening Claim Construction Briefs | August 19, 2026 |
| Parties File Responsive Claim Construction Briefs | September 2, 2026 |

The parties have conferred and jointly stipulate herein to the following modifications and additions to the claim construction process.

IT IS THEREFORE STIPULATED AND AGREED that:

(1)     The following modifications and additions to the claim construction deadline shall apply:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Parties Identify Claim Terms for Construction | 7/15/2026 | No change |
| Parties Exchange Proposed Constructions | 7/22/2026 | No change |
| Parties Meet and Confer to Narrow Disputes | N/A | No later than 7/24/2026 |
| Parties Identify Intrinsic and Extrinsic Evidence | 7/22/2026 | 7/30/2026 |
| Parties Confirm Intention to Rely on an Expert Declaration | N/A | 8/3/2026 |
| Parties File Joint Claim Construction and Prehearing Statement | 8/5/2026 | No change |
| Parties File Opening Claim Construction Briefs | 8/19/2026 | No change |
| Deadline for Expert Depositions | N/A | 9/9/2026 |
| Parties File Responsive Claim Construction Briefs | 9/2/2026 | 9/16/2026 |

(2)     With respect to the parties' submission of expert declarations as evidence in the context of claim construction proceedings, the parties agree that:

- The parties must disclose that they may rely on an expert declaration on a term-by-term basis when identifying intrinsic and extrinsic evidence on July 30, 2026.

- Absent agreement of the parties or resolution of the disputed term before the start of claim construction briefing, the parties must disclose a commitment to rely on an expert declaration on a term-by-term basis by August 3, 2026.  A party may not disclose a commitment to rely on a declaration and then decline to submit one.

- If a party confirms its intent to rely on an expert declaration for a given claim term by August 3, 2026, then the other party may supplement its identification of extrinsic evidence to include reliance on an expert declaration for that same term no later than the filing of the Joint Claim Construction and Prehearing Statement on August 5, 2026.

- Expert declarations may only be submitted with a party's opening claim construction brief.

- No expert declarations may be submitted with a party's responsive claim construction brief, or at any other time during claim construction proceedings.

- Any party that submits an expert declaration with that party's opening claim construction brief must make that expert available for a deposition of no longer than four (4) hours no later than September 9, 2026.

It is so **ORDERED**.

_____
Thomas S. Kleeh, Chief
Judge Northern District of
West Virginia

Dated: July 31, 2026

AGREED TO AND SUBMITTED BY:

**REGENERON PHARMACEUTICALS, INC.**

**AMGEN INC.**

/s/ David R. Pogue
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
CAREY DOUGLAS KESSLER & RUBY, PLLC
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)

/s/ Kaitlyn N. McKitrick
Stuart A. McMillan [WVSB #6352]
smcmillan@bowlesrice.com
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
(304) 347-1110

Kaitlyn N. McKitrick [WVSB #12782]
kmckitrick@bowlesrice.com
BOWLES RICE LLP
125 Granville Square
Morgantown, West Virginia 26505
(304) 285-2500

3

Benjamin M. Greenblum (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Adam Pan (admitted *PHV*)
Rhochelle Krawetz (admitted *PHV*)
Jennalee Beazley (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
bgreenblum@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
apan@wc.com
rkrawetz@wc.com
jbeazley@wc.com

*Attorneys for Plaintiff Regeneron
Pharmaceuticals, Inc.*

John R. Labbe (PHV)
Kevin M. Flowers (PHV)
Thomas Burns (PHV)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Willis
Tower
Chicago, IL 60606
(312) 474-6300

E. Anthony Figg (PHV)
Joseph A. Hynds (PHV)
Jennifer Nock (PHV)
Brett A. Postal (PHV)
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
901 New York Avenue, NW, Suite 900 East
Washington, D.C. 20001
(202) 783-6040

Jesse M. Weiss (PHV)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000

Wendy Whiteford (PHV)
Eric Agovino (PHV)
Chanson Chang (PHV)
Pauline Pelletier (PHV)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

*Attorneys for Defendant Amgen Inc.*

4