**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>Case No. 1:24-cv-39-TSK<br>Case No. 1:25-cv-74-TSK | MDL No. 1-24-md-3103-TSK |

**DECLARATION OF BRETT A. POSTAL IN SUPPORT OF**
**AMGEN INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Brett A. Postal, make the following Declaration based on personal knowledge of the matters set forth herein. I am a partner at Rothwell, Figg, Ernst, & Manbeck, P.C., counsel to Defendant Amgen Inc. ("Amgen") in this matter. I am a member in good standing with the Virginia State Bar and the District of Columbia Bar, and my pro hac vice motion to represent Amgen in this action in the United States District Court for the Northern District of West Virginia has been granted. I submit this declaration in support of Amgen's Opening Claim Construction Brief. I have personal knowledge of the facts set forth in this declaration, and if called upon I could and would testify competently to the following:

1. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 12,331,099, entitled "VEGF antagonist formulations suitable for intravitreal administration," issued on June 17, 2025 by the U.S. Patent and Trademark Office (USPTO).

2. Attached hereto as Exhibit 2 is a true and correct copy of a transcript of the oral argument in *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 24-2002 (Fed. Cir.) dated February 7, 2025.

3. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of an email chain dated July 28, 2026 between David I. Berl, counsel for Regeneron, and John R. Labbe, counsel for Amgen.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Patent Owner's Preliminary Response (Paper 8) from *Fresenius Kabi SwissBioSim GmbH v. Regeneron Pharms., Inc.*, IPR2025-01268 (P.T.A.B. Oct. 23, 2025).

5. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of Trial Transcript Vol. 7 (ECF No. 566) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. June 21, 2023).

6. Attached hereto as Exhibit 6 is a true and correct copy of the Petition for *Inter Partes* Review (Paper 2) from *Fresenius Kabi SwissBioSim GmbH v. Regeneron Pharms., Inc.*, IPR2025-01268 (P.T.A.B. July 14, 2025).

7. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of the redacted version of Regeneron's Responsive Post-Trial Brief Addressing Validity of the Asserted Patents (ECF No. 589) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. July 24, 2023).

8. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of Trial Transcript Vol. 9 (ECF No. 569) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. June 23, 2023).

9. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of the redacted version of Regeneron's Proposed Findings of Fact and Conclusions of Law (ECF No. 590) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. July 24, 2023).

10. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of Trial Transcript Vol. 2 (ECF No. 559) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. June 13, 2023).

11. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt of Trial Transcript Vol. 3 (ECF No. 560) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. June 14, 2023).

12. Attached hereto as Exhibit 12 is a true and correct copy of the Responding Validity Report of Dr. Douglas Kline from *Regeneron Pharms., Inc. v. Amgen Canada Inc.*, No. T-2137-23 (Fed. Ct. CA Apr. 10, 2025).

13. Attached hereto as Exhibit 13 is a true and correct copy of a machine translation of Federal Patent Court [FPC] July 17, 2026, S2025_003 (Switz.) (Judgment in *Regeneron Pharms., Inc. v. Sandoz Pharms. AG*).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 19th day of August 2026 in Washington, D.C.

*/s/ Brett A. Postal*
Brett A. Postal