# EXHIBIT 3

**From:** Berl, David
**To:** John R. Labbe
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction
**Date:** Tuesday, July 28, 2026 9:14:34 AM
**Attachments:** image002.png

**External - This email is from an external email address outside the firm.**

John,

Following up on Friday's conferral regarding the '099 patent, it appeared as if the parties may be able to reach agreement by clarifying their respective positions. We propose that the parties agree as follows to resolve any dispute regarding the meaning of the sole disputed claim term in the '099 patent, "suitable for intravitreal administration":

The term "suitable for intravitreal administration" refers to the claimed composition, not only the ingredients and amounts thereof in isolation. It requires only that the composition may be administered intravitreally and does not impose functional requirements such as stability.

David

**David I. Berl**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5491 | (F) 202-434-5029
dberl@wc.com | www.wc.com

**From:** John R. Labbe <jlabbe@marshallip.com>
**Sent:** Wednesday, July 22, 2026 8:14 PM
**To:** Gregory, Teagan <TGregory@wc.com>; Brett A. Postal <bpostal@rothwellfigg.com>; Kayali, Kathryn <KKayali@wc.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Counsel,

Can we agree on a time for a mutual exchange of proposed constructions this evening? What about 9:00 ET (i.e., in 45 minutes)?