# EXHIBIT 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

Regeneron Pharmaceuticals, Inc.

Plaintiff,

VS. CIVIL ACTION NO.

1:22-cv-61

Mylan Pharmaceuticals, Inc., and Volume 9

Biocon Biologics,

Defendants.

- - -

Proceedings had in the bench trial of the above-styled action on June 23, 2023, before Honorable Thomas S. Kleeh District Judge, at Clarksburg, West Virginia.

- - -

APPEARANCES:

On behalf of the Plaintiff:

David I. Berl
Ellen E. Oberwetter
Arthur J. Argall, III
Kathryn S. Kayali
Haylee Bernal Anderson
Andrew V. Trask
Williams & Connolly, LLP
680 Maine Avenue, SW
Washington, D.C. 20024
202.434.5000

Andrew E. Goldsmith
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M. Street NW, Suite 400
Washington, DC 20036
202.326.7945

APPEARANCES CONTINUED ON NEXT PAGE

On behalf of the Plaintiff, continued:

Steven Robert Ruby
Carey, Douglas, Kessler & Ruby, PLLC
797 Virginia Street, East, Suite 901
Charleston, WV 25301
304.345.1234

Petra Scamborova
Regeneron Pharmaceuticals, Inc.
777 Old Saw Mill River Road
Tarrytown, NY 10591-6717
914.847.7611

On behalf of the Defendants:

Deanne M. Mazzochi
William A. Rakoczy
Heinz J. Salmen
Eric R. Hunt
Lauren M. Lesko
Neil B. McLaughlin
Lawrence Scott Beall
Katie A. Boda
Rakoczy, Molino, Mazzochi & Siwik, LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60654
312.527.2157

Gordon H. Copland
William J. O'Brien
Steptoe & Johnson
400 White Oaks Blvd.
Bridgeport, WV 26330
304.933.8162

Proceedings recorded utilizing realtime translation. Transcript produced by computer-aided transcription.

POSA would have combined it with Fraser?

A. Yes. And I've highlighted a middle part of this paragraph. Again, this is just a reflection of what the POSA would know. Speaking, though, of antibodies, antibodies tend to form viscous solutions at high concentration because of their macromolecular nature and potential for intramolecular interactions. Moreover, pharmaceutically acceptable sugars are often used in large amounts as stabilizers.

Q. So what does that teach in laymen's terms?

A. Well, if you have a higher concentration of antibodies, for example -- because Liu is just about antibodies -- that's going to lead to a higher viscosity. Also, if you have a higher amount of sugar, that can lead to a higher viscosity. I think we're familiar with syrup; it's more viscous. And the combination together can lead to an even higher viscosity.

And, again, for intravitreal administration, which these references don't teach, we have a very thin-bore needle. High viscosity means potentially very long injection times, which I think we all don't want in the eye. And potentially, if it's too viscous, you won't even be able to use it.

Q. And what does Fraser have with respect to concentrations of sugar? Does it use low concentrations or high concentrations?

A. No, it uses high concentrations. This is not the

CERTIFICATE

I, Cindy L. Knecht, Registered Professional Reporter and Official Reporter of the United States District Court for the Northern District of West Virginia, do hereby certify that the foregoing is a true and correct transcript of the proceedings had in the above-styled action on June 23, 2023, as reported by me in stenotypy.

I certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

Given under my hand this 23rd day of June 2023.

/s/Cindy L. Knecht
______________________________
Cindy L. Knecht, RMR/CRR
Official reporter, United States
District Court for the Northern
District of West Virginia