# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br>*Plaintiff*,<br>v.<br>MYLAN PHARMACEUTICALS INC. and BIOCON BIOLOGICS, INC.,<br>*Defendants*. | Civil Action No. 1:22-cv-00061-TSK<br>**CONFIDENTIAL**<br>**FILED UNDER SEAL** |

**REGENERON'S PROPOSED**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

# TABLE OF CONTENTS


TABLE OF AUTHORITIES ..... ii

I. FINDINGS OF FACT ..... 1

A. Regeneron's Eylea Product ..... 1

B. Defendants' BLA and Proposed Yesafili Product ..... 5

C. Procedural Background ..... 6

D. Trial Witnesses ..... 7

E. Product Patent ..... 11

1. Claim Construction ..... 13

2. Infringement ..... 14

3. Validity ..... 35

F. Treatment Patents ..... 76

1. Claim Construction ..... 79

2. Infringement ..... 80

3. Validity ..... 91

II. CONCLUSIONS OF LAW ..... 165

A. General Legal Standards ..... 165

1. Infringement Legal Standards ..... 165

2. Validity Legal Standards ..... 165

B. Product Patent ..... 176

1. Conclusions of Law on Infringement ..... 176

2. Conclusions of Law on Validity ..... 180

C. Treatment Patents ..... 228

1. Conclusions of Law on Infringement ..... 228

2. Conclusions of Law on Validity ..... 232

CONCLUSION ..... 271

formation of insoluble aflibercept aggregates. Tr. 1407:12-20, 1408:13-18, 1412:11-14, 1461:23-1462:18, 1475:4-13 (MacMichael); Tr. 605:19-25 (Trout). Insoluble aggregates are aflibercept coming out of solution, that is, not being sufficiently soluble. Tr. 593:16-594:4 (Trout). Aggregation is the mechanism by which proteins like aflibercept come out of solution as a result of insolubility. Tr. 593:16-594:4, 598:13-10 (Trout); PTX-1556 at 3-4 (Wang). The Product Patent Inventors prevented the formation of insoluble particles in their intravitreal aflibercept formulations by including polysorbate 20. Tr. 483:4-10 (Furfine). Polysorbate achieved this objective by interacting with "hydrophobic patches" on the aflibercept molecules, thus preventing aggregation. Tr. 489:2-22 (Furfine), 595:5-596:14 (Trout). The term "hydrophobic" means "water-repelling" and refers to substances that are insoluble in water, like oil. Tr. 590:20-25 (Trout). "Hydrophilic" means "water-loving" and refers to substances that interact favorably with water. *Id.* Because polysorbate 20 has both hydrophobic and hydrophilic parts, PTX-1813A at 3; Tr. 590:12-591:6 (Trout), its hydrophobic part interacts favorably with hydrophobic regions of the protein and thereby prevents those hydrophobic patches from binding to other proteins and aggregating, Tr. 595:5-23 (Trout).

49. Preventing aflibercept from aggregating and coming out of solution is especially important in the context of intravitreal injections. Intravitreal injections use narrow needles, Tr. 472:21-473:8 (Trout); Tr. 1465:15-21 (MacMichael); Tr. 476:9-14 (Furfine), which lead to shear stress and enhanced risk of protein aggregation, Tr. 577:10-578:25 (Trout); Tr. 1465:19-25 (MacMichael). Forcing protein solutions through a narrow-bore needle creates shear stress, which can cause a protein to aggregate and come out of solution. Tr. 578:2-9 (Trout); Tr. 1465:15-25 (MacMichael); *see also* Tr. 476:2-24 (Furfine); Tr. 1680:6-11 (Graham). Polysorbate 20 protects against such stresses, preventing the aflibercept from aggregating and becoming insoluble. Tr.

1455:11-16, 1458:4-8, 1460:22-1461:13 (MacMichael). A protein coming out of solution can lead to several potential problems, including protein inactivation, inflammation, and even adverse immune responses. Tr. 578:25-579:10 (Trout). The critical question for formulation scientists, therefore, is not whether aflibercept stays in solution under non-stressed conditions, but rather whether it stays in solution under all of the temperature and pressure conditions attendant to the manufacture, storage, shipment, and use (including through narrow needles) of the product. Tr. 577:10-578:9, 580:16-22 (Trout).

50. The experts agreed that polysorbate 20 prevents the aggregation of aflibercept, Tr. 595:5-596:5, 596:22-597:2, 599:11-600:7 (Trout); Tr. 1407:15-20, 1408:13-18, 1460:17-1461:20 (MacMichael), and that preventing the aggregation of aflibercept keeps more aflibercept in solution, Tr. 600:12-20, 601:1-6, 601:14-602:15, 602:22-603:13 (Trout); Tr. 1412:11-14, 1458:4-14, 1459:2-1460:13, 1462:13-18 (MacMichael), *i.e.*, increasing solubility of aflibercept as the Court's construction of "organic co-solvent" requires. In assessing infringement of the asserted claims of the Product Patent, therefore, the Court must determine whether the polysorbate 20 in Defendants' product, by preventing the aggregation of aflibercept and keeping more aflibercept in solution, serves "to increase the solubility of" the aflibercept in Defendants' product. The Court finds that it does, and therefore Defendants' Yesafili product infringes all asserted claims of the Product Patent.

51. The inventors used various labels to refer to polysorbate 20. [redacted]

*v. E.I. du Pont De Nemours & Co.*, 750 F.2d 1569, 1576 (Fed. Cir. 1984) ("Even if some of the claimed combinations were inoperative, the claims are not necessarily invalid.").

## CONCLUSION

548. For the foregoing reasons, the Court holds that claims 4, 7, 9, 11, and 14-17 of the Product Patent, claims 6 and 25 of the '572 patent, and claims 11 and 19 of the '601 patent, are valid and infringed.

Date: July 24, 2023

CAREY DOUGLAS KESSLER & RUBY, PLLC

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

*Of Counsel*:

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Sean M. Douglass (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Nicholas Jordan (admitted *PHV*)
Haylee Bernal Anderson (admitted *PHV*)
Renee Griffin (admitted *PHV*)
Rebecca Carter (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
sdouglass@wc.com
kkayali@wc.com
aargall@wc.com

apan@wc.com
njordan@wc.com
handerson@wc.com
rgriffin@wc.com
rebeccacarter@wc.com

Andrew E. Goldsmith (admitted *PHV*)
Evan T. Leo (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Grace W. Knofczynski (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
eleo@kellogghansen.com
jhartman@kellogghansen.com
gknofczynski@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*