# EXHIBIT 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

Regeneron Pharmaceuticals, Inc.

Plaintiff,

VS. CIVIL ACTION NO.

1:22-cv-61

Mylan Pharmaceuticals, Inc., and Volume 3

Biocon Biologics,

Defendants.

\- - -

Proceedings had in the bench trial of the above-styled action on June 14, 2023, before Honorable Thomas S. Kleeh District Judge, at Clarksburg, West Virginia.

\- - -

APPEARANCES:

On behalf of the Plaintiff:

David I. Berl
Arthur J. Argall, III
Andrew V. Trask
Williams & Connolly, LLP
680 Maine Avenue, SW
Washington, D.C. 20024
202.434.5000

APPEARANCES CONTINUED ON NEXT PAGE

On behalf of the Plaintiff, continued:

Steven Robert Ruby
Carey, Douglas, Kessler & Ruby, PLLC
797 Virginia Street, East, Suite 901
Charleston, WV 25301
304.345.1234

Petra Scamborova
Regeneron Pharmaceuticals, Inc.
777 Old Saw Mill River Road
Tarrytown, NY 10591-6717
914.847.7611

On behalf of the Defendant:

Deanne M. Mazzochi
William A. Rakoczy
Heinz J. Salmen
Eric R. Hunt
Lauren M. Lesko
Neil B. McLaughlin
Rakoczy, Molino, Mazzochi & Siwik, LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60654
312.527.2157

Gordon H. Copland
William J. O'Brien
Steptoe & Johnson
400 White Oaks Blvd.
Bridgeport, WV 26330
304.933.8162

Proceedings recorded utilizing realtime translation. Transcript produced by computer-aided transcription.

2223, PTX 97, PTX 98, PTX 86, PTX 2224 were admitted.)

THE COURT: Recross?

MR. RAKOCZY: Nothing from us, Your Honor.

THE COURT: Nothing.

Doctor, you may step down, sir. And, unfortunately, I now must lift my ban of anyone speaking to you; so you're fair game. Thank you very much. You can leave all that there. Someone will tidy up. Thank you very much.

If I could ask counsel to clean up and get whatever Madam Clerk requires to her, please. Thank you.

Call your next witness.

MR. BERL: Thank you, Your Honor. Plaintiffs call Dr. Bernhardt Trout.

THE COURT: Doctor, good morning.

**BERNHARDT TROUT, PLAINTIFF'S WITNESS, SWORN**

THE COURT: Thank you so much, Doctor. Once you're seated and comfortable, if you wouldn't mind adjusting that mic so everyone can hear you. Take a pause for a few seconds while we distribute binders. Thank you, sir.

Counsel, you may proceed whenever you're ready.

MR. BERL: Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. BERL:

Q. Good morning, Dr. Trout.

small-molecule therapeutics.

THE COURT: Any voir dire or objection to the motion?

MR. RAKOCZY: No objection, Your Honor.

THE COURT: Without objection, then, the doctor is so qualified.

You may proceed, Mr. Berl.

MR. BERL: Thank you, Your Honor.

BY MR. BERL:

Q. Now, before we get into the details, then, of the infringement testimony you're going to give today, Dr. Trout, I'd like to discuss a little background with you.

You said you do research on formulations. What is formulation research?

A. Well, formulation research is kind of a key part here. I'm sure the Court and others remember the pictures from Dr. Csaky yesterday in terms of actually how the eye is injected.

THE COURT: I do.

THE WITNESS: I figured you would, Your Honor. We all do.

So doctor -- I guess my job is -- so professionals, doctors like Dr. Csaky, doesn't have to be concerned about various aspects of injecting the pharmaceutical. And, for that matter, the patient doesn't either. For example, the product is stable, doesn't form particulates which might go in the eye.

The other is of course we talked -- we don't want the needle clogged while doctors or any doctor is giving an injection.

And then another aspect is what we call viscosity or the thickness of the formulation. It goes through a very thin needle. And, again, I don't think it's hard to convince everyone that we don't want the needle in there for a long period of time; so it has to be a thin enough fluid so it can go in pretty quickly.

BY MR. BERL:

Q. Is formulation research as simple as taking a formulation and substituting it into a new molecule?

A. No, sir. That's not what we do. That's not how formulation works.

Q. Now, I'd like to discuss the concept of solubility with you. What does solubility mean in the context of protein formulations?

A. Well, with -- many protein formulations are formulated as liquid in aqueous or water solutions. And solubility is the concept of keeping it in solution under whatever condition it might be subjected to.

Q. And is there one solubility for a given protein in a formulation?

A. No. Even for a given formulation, that solubility will depend on conditions, for example, temperature and pressure, including shear.

CERTIFICATE

I, Cindy L. Knecht, Registered Professional Reporter and Official Reporter of the United States District Court for the Northern District of West Virginia, do hereby certify that the foregoing is a true and correct transcript of the proceedings had in the above-styled action on June 14, 2023, as reported by me in stenotypy.

I certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

Given under my hand this 14th day of June 2023.

/s/Cindy L. Knecht
_____________________________
Cindy L. Knecht, RMR/CRR
Official reporter, United States
District Court for the Northern
District of West Virginia