# EXHIBIT 1

**From:** Berl, David
**To:** "John R. Labbe"
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction
**Date:** Thursday, July 30, 2026 5:24:33 PM
**Attachments:** image001.png

---

John,

We have not received a response to my Tuesday morning email below. Please advise.

David

**David I. Berl**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5491 | (F) 202-434-5029
dberl@wc.com | www.wc.com

---

**From:** Berl, David
**Sent:** Tuesday, July 28, 2026 9:14 AM
**To:** John R. Labbe <jlabbe@marshallip.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

John,

Following up on Friday's conferral regarding the '099 patent, it appeared as if the parties may be able to reach agreement by clarifying their respective positions. We propose that the parties agree as follows to resolve any dispute regarding the meaning of the sole disputed claim term in the '099 patent, "suitable for intravitreal administration":

The term "suitable for intravitreal administration" refers to the claimed composition, not only the ingredients and amounts thereof in isolation. It requires only that the composition may be administered intravitreally and does not impose functional requirements such as stability.

David

**David I. Berl**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5491 | (F) 202-434-5029
dberl@wc.com | www.wc.com

---

**From:** John R. Labbe <jlabbe@marshallip.com>
**Sent:** Wednesday, July 22, 2026 8:14 PM
**To:** Gregory, Teagan <TGregory@wc.com>; Brett A. Postal <bpostal@rothwellfigg.com>; Kayali, Kathryn <KKayali@wc.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Counsel,

Can we agree on a time for a mutual exchange of proposed constructions this evening? What about 9:00 ET (i.e., in 45 minutes)?

John

John R. Labbe
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.9579
T: +1.312.474.6300
F: +1.312.474.0448
jlabbe@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

---

**From:** Gregory, Teagan <TGregory@wc.com>
**Sent:** Wednesday, July 22, 2026 9:51 AM
**To:** Brett A. Postal <bpostal@rothwellfigg.com>; Kayali, Kathryn <KKayali@wc.com>; John R. Labbe <jlabbe@marshallip.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com'

<AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

**External - This email is from an external email address outside the firm.**

---

Brett,

Thank you for the call just now. As discussed, Regeneron also agrees to move the deadline to exchange proposed extrinsic and intrinsic evidence to next Wednesday, July 29 and understands the parties will not be exchanging such evidence today.

We will be in touch regarding the other issues discussed.

Regards,
Teagan

**Teagan James Gregory**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5178 | (F) 202-434-5029
tgregory@wc.com | www.wc.com/tgregory

---

**From:** Brett A. Postal <bpostal@rothwellfigg.com>
**Sent:** Wednesday, July 22, 2026 9:43 AM
**To:** Gregory, Teagan <TGregory@wc.com>; Kayali, Kathryn <KKayali@wc.com>; 'John R. Labbe' <jlabbe@marshallip.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; 'MGB-Amgen-ABP938' <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Teagan,

Thanks for the reply. We are available at 10:30am ET. I will circulate an invite.

Best regards,
Brett

ROTHWELL FIGG

**Brett A. Postal**

901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Fax Number: 202.783.6031
Email: bpostal@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at bpostal@rfem.com, and destroy all copies of this message and any attachments.

---

**From:** Gregory, Teagan <TGregory@wc.com>
**Sent:** Wednesday, July 22, 2026 8:50 AM
**To:** Brett A. Postal <bpostal@rothwellfigg.com>; Kayali, Kathryn <KKayali@wc.com>; 'John R. Labbe' <jlabbe@marshallip.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; 'MGB-Amgen-ABP938' <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** Re: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Brett,

We'd like to have a call to make sure we understand your proposal. I can be available 9:30-11 or 2:30-4 ET. Could you please let me know what works for you?

Thanks,
Teagan

**Teagan James Gregory**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5178 | (F) 202-434-5029
tgregory@wc.com | www.wc.com/tgregory

---

**From:** Brett A. Postal <bpostal@rothwellfigg.com>
**Sent:** Tuesday, 21 July 2026 13:56:56
**To:** Kayali, Kathryn <KKayali@wc.com>; 'John R. Labbe' <jlabbe@marshallip.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; 'MGB-Amgen-ABP938' <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>

**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Kat,

I write in response to your Friday proposal about the claim construction process.

First, Amgen agrees to move the deadline to exchange proposed extrinsic and intrinsic evidence to next Wednesday, July 29 and agrees that the parties should meet and confer by the end of this week in an effort to narrow claim construction disputes.

Second, your proposal does not address expert depositions, which we discussed on our call. To ensure both parties have clarity on how expert depositions will be conducted and how any observations would be introduced into the claim construction record, we propose that any expert who submits an expert declaration be deposed no later than September 16, 2026. The parties would then be permitted to submit observations of no longer than 10 pages no later than September 30, 2026 addressing the expert depositions. Also, given the limited scope of claim construction proceedings, we propose that the parties agree that the duration of any expert deposition shall be limited to no more than four hours.

Third, we propose some clarifying modifications to the terms (d) and (e) set forth in your email, which we believe are consistent with what Regeneron has proposed in terms of disclosing a commitment to rely on expert declaratory evidence, on a term-by-term basis, sufficiently in advance of the deadline for opening briefs. Specifically, we propose that the parties agree to a deadline of August 3, 2026 to commit to rely on any expert declaration, on a term-by-term basis, and that, if one party discloses a commitment to rely on an expert declaration for a particular term by August 3, the other party may supplement its disclosure to include reliance on an expert declaration for that same term no later than August 5.

These revisions to your proposed claim construction procedure are set forth below, and we propose that they form the basis of a joint stipulation to be filed with the Court once the parties have reached agreement on how to proceed:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Parties exchange proposed constructions | 7/22/2026 | No change |
| Parties meet and confer to narrow disputes | N/A | No later than 7/24/2026 |
| Parties exchange proposed extrinsic and intrinsic evidence | 7/22/2026 | 7/29/2026 |
| | | |

| | | |
|---|---|---|
| Confirmation of intention to rely on an expert declaration | N/A | 8/3/2026 |
| JCCS | 8/5/2026 | No change |
| Deadline for expert depositions | N/A | 9/16/2026 |
| Observations of no more than 10 pages addressing any expert depositions | N/A | 9/30/2026 |

With respect to the use of expert declarations as evidence in the context of claim construction proceedings, the parties agree that:

a. Expert declarations may be submitted with opening briefs.
b. No expert declarations may be submitted with responsive briefs.
c. Parties must disclose that they may rely on an expert declaration on a term-by-term basis when exchanging proposed constructions and identifying intrinsic and extrinsic evidence on 7/29.
d. Absent agreement of the parties or resolution of the disputed term before the start of briefing, parties must disclose a commitment to rely on an expert declaration by 8/3, on a term-by-term basis, and a party may not disclose a commitment to rely on a declaration and then decline to submit one.
e. If one party discloses a commitment to rely on an expert declaration for a particular term by 8/3, the other party may supplement its disclosure to include reliance on an expert declaration for that same term no later than filing of the JCCS on 8/5.
f. Any expert deposition during claim construction proceedings shall be limited to no more than four hours on the record.

Please let us know by noon July 22 whether this is acceptable to Regeneron.

Best regards,
Brett

ROTHWELL FIGG

**Brett A. Postal**
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Fax Number: 202.783.6031

Email: bpostal@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at bpostal@rfem.com, and destroy all copies of this message and any attachments.

---

**From:** Kayali, Kathryn <KKayali@wc.com>
**Sent:** Tuesday, July 21, 2026 9:49 AM
**To:** 'John R. Labbe' <jlabbe@marshallip.com>; Brett A. Postal <bpostal@rothwellfigg.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; 'MGB-Amgen-ABP938' <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Counsel:

We have not received a response. Please advise whether the below is acceptable to Amgen or whether you would like to discuss this morning so that we can proceed accordingly.

Best,

Kat

**Kathryn S. Kayali**
**Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, DC 20024
(P) 202-434-5644 | (F) 202-434-5029
kkayali@wc.com | www.wc.com

---

**From:** Kayali, Kathryn
**Sent:** Friday, July 17, 2026 7:15 PM
**To:** John R. Labbe <jlabbe@marshallip.com>; 'Brett A. Postal' <bpostal@rothwellfigg.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; 'ABP938' <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Circling back to the proposed scheduling adjustments we had discussed earlier this week, Regeneron can agree to the following procedure, which I believe is consistent with what Amgen had proposed:

1. The parties will stipulate to an adjustment of the Scheduling Order as follows:

| **Event** | **Original Deadline** | **Regeneron's Proposed Deadline** |
|---|---|---|
| Parties exchange proposed constructions | N/A | 7/22/2026 |
| Parties meet and confer to narrow disputes | N/A | No later than 7/24/2026 |
| Parties exchange proposed extrinsic and intrinsic evidence | 7/22/2026 | 7/29/2026 |
| JCCS | 8/5/2026 | No change |

2. With respect to the use of expert declarations during *Markman*:
   a. Expert declarations may be submitted with opening briefs.
   b. No expert declarations may be submitted with responsive briefs.
   c. Parties must disclose their intention to rely on an expert declaration on a term-by-term basis when exchanging extrinsic and intrinsic evidence (i.e., on 7/29)
   d. Disclosure of the intention to rely on an expert declaration on 7/29 is a commitment to do so—absent agreement of the parties or resolution of the disputed term before briefing, a party may not disclose the intention to rely on a declaration and then decline to submit one.
   e. If one party discloses its intention to rely on an expert declaration for a particular term on 7/29, the other party may supplement its disclosure include reliance on an expert declaration *for that same term* no later than exchange of the JCCS.

Please confirm this is acceptable to Amgen, and we will prepare a stipulation accordingly to address the changes to dates in the Scheduling Order.

**Kathryn S. Kayali**
**Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, DC 20024
(P) 202-434-5644 | (F) 202-434-5029
kkayali@wc.com | www.wc.com

---

**From:** John R. Labbe <jlabbe@marshallip.com>
**Sent:** Wednesday, July 15, 2026 9:15 PM
**To:** Kayali, Kathryn <KKayali@wc.com>; 'Brett A. Postal' <bpostal@rothwellfigg.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; 'ABP938' <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

OK, just confirming. We will serve at 9:30 ET.

John

John R. Labbe
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.9579
T: +1.312.474.6300
F: +1.312.474.0448
jlabbe@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Kayali, Kathryn <KKayali@wc.com>
**Sent:** Wednesday, July 15, 2026 8:12 PM
**To:** John R. Labbe <jlabbe@marshallip.com>; 'Brett A. Postal' <bpostal@rothwellfigg.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; 'ABP938' <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** Re: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

**External - This email is from an external email address outside the firm.**

Hi John:

Yes, that works for us—thanks.

Kat

**From:** John R. Labbe <jlabbe@marshallip.com>
**Sent:** Wednesday, 15 July 2026 20:55:19
**To:** Kayali, Kathryn <KKayali@wc.com>; 'Brett A. Postal' <bpostal@rothwellfigg.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; 'ABP938' <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Hi Kat,

Can we agree to make the exchange at 9:30 pm ET?

John

John R. Labbe
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.9579
T: +1.312.474.6300
F: +1.312.474.0448
jlabbe@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

---

**From:** Kayali, Kathryn <KKayali@wc.com>
**Sent:** Wednesday, July 15, 2026 4:45 PM
**To:** John R. Labbe <jlabbe@marshallip.com>; 'Brett A. Postal' <bpostal@rothwellfigg.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; 'ABP938' <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

**External - This email is from an external email address outside the firm.**

Thanks, John—please just let us know.

**Kathryn S. Kayali**
**Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, DC 20024
(P) 202-434-5644 | (F) 202-434-5029
kkayali@wc.com | www.wc.com

**From:** John R. Labbe <jlabbe@marshallip.com>
**Sent:** Wednesday, July 15, 2026 5:42 PM
**To:** Kayali, Kathryn <KKayali@wc.com>; 'Brett A. Postal' <bpostal@rothwellfigg.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; 'ABP938' <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Kat,

We’re agreeable to a mutual exchange, but you’re right, we won’t be ready to exchange at 6 ET. We’ll have to follow up on a proposed time.

John

70 YEARS OF INNOVATION
MARSHALL GERSTEIN ip

John R. Labbe
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.9579
T: +1.312.474.6300
F: +1.312.474.0448
jlabbe@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun

LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

---

**From:** Kayali, Kathryn <KKayali@wc.com>
**Sent:** Wednesday, July 15, 2026 4:37 PM
**To:** 'Brett A. Postal' <bpostal@rothwellfigg.com>; John R. Labbe <jlabbe@marshallip.com>; 'Stuart McMillan' <smcmillan@bowlesrice.com>; 'Kaitlyn McKitrick' <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; 'ABP938' <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

**External - This email is from an external email address outside the firm.**

---

Hi Brett:

Given the time, I assume you do not plan to exchange terms at 6PM Eastern—could you please let me know what time would work?

Thanks,

Kat

**Kathryn S. Kayali**
**Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, DC 20024
(P) 202-434-5644 | (F) 202-434-5029
kkayali@wc.com | www.wc.com

---

**From:** Kayali, Kathryn
**Sent:** Wednesday, July 15, 2026 3:22 PM
**To:** Brett A. Postal <bpostal@rothwellfigg.com>; John R. Labbe <jlabbe@marshallip.com>; Stuart McMillan <smcmillan@bowlesrice.com>; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; AmgenLitigation@cravath.com
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Brett:

Thanks for the discussion yesterday. I anticipate getting back to you very shortly regarding your proposal for expert declarations, but in the interim wanted to suggest a time for a mutual exchange of claim terms today. Would 6PM work for your team?

Thanks,

Kat

**Kathryn S. Kayali**
**Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, DC 20024
(P) 202-434-5644 | (F) 202-434-5029
kkayali@wc.com | www.wc.com

---

**From:** Brett A. Postal <bpostal@rothwellfigg.com>
**Sent:** Friday, July 10, 2026 5:08 PM
**To:** Kayali, Kathryn <KKayali@wc.com>; John R. Labbe <jlabbe@marshallip.com>; Stuart McMillan <smcmillan@bowlesrice.com>; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; AmgenLitigation@cravath.com
**Cc:** Eylea <Eylea@wc.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Kat,

We are available to speak about the claim construction exchange and briefing schedule on Monday, July 13 at 5pm ET or Tuesday, July 14 at 10am-12pm ET. Please circulate a calendar invite if one of those times works on your end.

Best regards,
Brett

ROTHWELL FIGG

**Brett A. Postal**
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Fax Number: 202.783.6031
Email: bpostal@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at bpostal@rfem.com, and destroy all copies of this message and any attachments.

---

**From:** Kayali, Kathryn <KKayali@wc.com>
**Sent:** Wednesday, July 8, 2026 12:44 PM

**To:** John R. Labbe <jlabbe@marshallip.com>; Stuart McMillan <smcmillan@bowlesrice.com>; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; AmgenLitigation@cravath.com; Brett A. Postal <bpostal@rothwellfigg.com>
**Cc:** Eylea <Eylea@wc.com>
**Subject:** In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Counsel:

Regeneron proposes that the parties meet and confer to discuss the upcoming claim construction exchange and briefing schedule, as well as the parties' positions with respect to the use of expert declarations. For the purposes of facilitating that discussion, Regeneron proposes modifying the pre-briefing exchanges as below:

| **Event** | **Original Deadline** | **Regeneron's Proposed Deadline** |
|---|---|---|
| Parties exchange proposed terms for construction | 7/15/2026 | No change |
| Parties exchange proposed constructions | N/A | 7/22/2026 |
| Parties meet and confer to narrow disputes | N/A | 7/24/2026 |
| Parties exchange proposed extrinsic and intrinsic evidence | 7/22/2026 | 7/29/2026 |
| JCCS | 8/5/2026 | No change |

Please let us know your availability to speak this week.

Kat

**Kathryn S. Kayali**
**Williams & Connolly LLP**
680 Maine Avenue S.W., Washington, DC 20024
(P) 202-434-5644 | (F) 202-434-5029
kkayali@wc.com | www.wc.com

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.