# EXHIBIT 2

**From:** Brett A. Postal
**To:** Berl, David; Eylea
**Cc:** John R. Labbe; "MGB-Amgen-ABP938"; ABP938; "AmgenLitigation@cravath.com"
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction
**Date:** Friday, July 31, 2026 4:24:01 PM

David,

Following our discussion on Wednesday, we can confirm that we do not agree with Regeneron's proposed construction and maintain that Amgen's proposed construction is how a person of ordinary skill in the art would have understood the term.

We can be available for a meet and confer but will note that after multiple discussions with Regeneron, including during Wednesday's hearing, that the parties' positions have now been set forth with sufficient clarity in those discussions and that there remains a dispute between the parties. We are available on Tuesday morning. Please confirm a time that works for you.

Thanks,
Brett

ROTHWELL FIGG

**Brett A. Postal**
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Fax Number: 202.783.6031
Email: bpostal@rothwellfigg.com
Website: www.rothwellfigg.com

-
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at bpostal@rfem.com, and destroy all copies of this message and any attachments.

---

**From:** Berl, David <DBerl@wc.com>
**Sent:** Friday, July 31, 2026 11:15 AM
**To:** Brett A. Postal <bpostal@rothwellfigg.com>; Eylea <Eylea@wc.com>
**Cc:** John R. Labbe <jlabbe@marshallip.com>; 'MGB-Amgen-ABP938' <mgb-amgen-abp938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Subject:** RE: In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

Brett,

In our in-person discussions on Wednesday, you indicated that Amgen would provide a counter-

proposal to Regeneron's proposed compromise construction of suitable for intravitreal administration. Is Amgen no longer intending to do so?

In addition, you have not indicated how Amgen's proposed construction differs from Regeneron's or the specific scope of your disagreement with Regeneron's construction. Without this information, the parties cannot meaningfully attempt to resolve the differences in their constructions or present their disputes to the Court for resolution. If the parties do not in fact have a dispute over the meaning of this term, Regeneron has no desire to burden the Court with unnecessary claim-construction proceedings. If, instead, the parties genuinely disagree on the meaning of this term, Regeneron wishes to focus the dispute on the actual points of disagreement to help the Court resolve the dispute as efficiently as possible. Amgen's refusal to inform Regeneron of the scope of any disagreement frustrates these objectives. Please provide this requested information immediately. In addition, please advise when you are available today to confer regarding the foregoing.

David

**David I. Berl**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5491 | (F) 202-434-5029
dberl@wc.com | www.wc.com

---

**From:** Brett A. Postal <bpostal@rothwellfigg.com>
**Sent:** Thursday, July 30, 2026 7:26 PM
**To:** Berl, David <DBerl@wc.com>; Eylea <Eylea@wc.com>
**Cc:** John R. Labbe <jlabbe@marshallip.com>; 'MGB-Amgen-ABP938' <mgb-amgen-abp938@marshallip.com>; ABP938 <ABP938@rothwellfigg.com>; 'AmgenLitigation@cravath.com' <AmgenLitigation@cravath.com>
**Subject:** In re: Aflibercept Patent Litigation - No. 1:24-md-3103-TSK - Claim Construction

David,

We write in response to your email to Mr. Labbe regarding the claim construction of "wherein the liquid ophthalmic formulation is suitable for intravitreal administration."

Amgen does not agree to Regeneron's proposal regarding this claim term.

Best regards,
Brett

ROTHWELL FIGG

**Brett A. Postal**
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001

Main Number: 202.783.6040
Fax Number: 202.783.6031
Email: bpostal@rothwellfigg.com
Website: www.rothwellfigg.com

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately at (202) 783-6040 or email us at bpostal@rfem.com, and destroy all copies of this message and any attachments.