# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>Case No. 1:24-cv-39-TSK<br>Case No. 1:25-cv-74-TSK | MDL No. 1-24-md-3103-TSK |

**AMGEN INC.'S IDENTIFICATION OF INTRINSIC AND EXTRINSIC EVIDENCE REGARDING CLAIM CONSTRUCTION**

Pursuant to the Court's Scheduling Order entered on September 29, 2025 (ECF No. 663) and the parties' agreement regarding the exchange of claim construction terms and evidence, Defendant Amgen Inc. ("Amgen") hereby provides to Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") the following identification of intrinsic and extrinsic evidence in support of Amgen's claim construction positions for the terms that the parties identified in their July 15, 2026 exchanges, and the proposed constructions and arguments the parties identified in their July 22, 2026 exchanges. Since those exchanges began, Regeneron has narrowed the case against Amgen by no longer asserting: any claims from U.S. Patent No. 9,816,110; any claims from U.S. Patent No. 11,788,102; claim 3 of U.S. Patent No. 11,104,715; claims 3, 18, and 19 of U.S. Patent No. 11,472,861; and claims 2 and 4 U.S. Patent No. 11,535,663. Specifically, Regeneron stated in a letter dated July 22, 2026 from Mr. Gregory to Mr. Labbe: "Regeneron hereby notifies Amgen that it will no longer assert U.S. Patent Nos. 9,816,110 and 11,788,102 [from the Shen family] . . . . Thus, this case will now involve only four patents: U.S. Patent Nos. 11,104,715; 11,472,861; 11,535,663; 12,331,099." In an email exchange between Mr. Pan and Mr. Labbe (concluding in an agreement reached on July 28, 2026), Regeneron further narrowed the asserted

claims of the Lawrence family (in U.S. Patent Nos. 11,104,715; 11,472,861; 11,535,663) by withdrawing the claims identified above. In the event that Regeneron fails to formally dismiss these claims from this case with prejudice, Amgen reserves its right to propose constructions and identify intrinsic and extrinsic evidence for any such terms and/or to respond to any proposed construction by Regeneron for any such claim. The parties have reached agreement on various terms which, in reliance on those agreements, are not addressed below and Amgen reserves the right to supplement or revise its disclosures if an agreement is not respected.

Accordingly, Amgen's proposed claim constructions and intrinsic and extrinsic evidence address claim terms in the following Selected Claims identified in Regeneron's Notice Regarding Case Narrowing served on May 22, 2026:

| **Selected Patent** | **Selected Claims** |
|---|---|
| U.S. Patent No. 12,331,099 ("'099 patent") | 3, 9, 10, 13, 20, 21, 23, 25, 26, 27, 30 |

Amgen makes this disclosure based on information presently known to it, without the benefit of Regeneron's citations to intrinsic and extrinsic evidence. Amgen reserves the right to cite or rely on any evidence Regeneron identifies in its disclosures. Amgen reserves the right to supplement or amend the information contained herein in response to Regeneron's disclosures, as information is discovered or confirmed during fact discovery, if amendments are made to the complaint, counterclaims, or the parties' contentions, if rulings are made by the Court, and as otherwise permitted or required under the Federal Rules of Civil Procedures.

Amgen's identification of intrinsic and extrinsic evidence in support of Amgen's claim constructions positions identified herein are intended to provide general notice about each source of intrinsic and extrinsic evidence that Amgen may rely upon to support its claim construction positions, and any pinpoint citations provided are intended to be exemplary and not limiting.

| Term | Patent | Proposed Construction | Intrinsic and Extrinsic Evidence |
| --- | --- | --- | --- |
| "wherein the liquid ophthalmic formulation is suitable for intravitreal administration" | '099 patent | "wherein the liquid ophthalmic formulation, as a whole, is suitable for intravitreal administration" | The entire specification for the '099 patent, including but not limited to: References Cited, Related Applications, Title, Abstract, Examples, Claims, and in particular, the following portions of the '099 patent: 1:1-3; 1:55-59; 2:43-3:26; 3:35-67; 4:9-16; 5:32-34; 5:60-6:2; 6:22-24; 6:48-64; 7:14-29; 8:34-10:67<br><br>Trial Testimony of Kenneth S. Graham, PhD in *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61, Day 7 Tr. at 1665-1803, including but not limited to: 1677:25-1678:8; 1679:13-21; 1680:7-10; 1682:2-13; 1683:4-16; 1685:7-15; 1687:3-1688:4; 1688:17-1690:3; 1691:3-5; 1693:11-13; 1694:25-1695:5; 1701:5-11; 1707:20-22; 1716:2-1717:6; 1721:14-1722:8; 1741:24:1742-10; 1770:20-1771:25; 1781:17-22; 1785:24-1786:6<br><br>Trial Testimony of Eric Furfine, PhD in *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61-TSK, Day 2 Tr. at 442-553 and Day 3 Tr. at 540-565, including but not limited to: 470:8-471:4; 476:2-477:8; 480:18-481:12; 484:6-11; 498:17-20<br><br>Trial Testimony of Bernard Trout, PhD in *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61-TSK, Day 3 Tr. at 567-581, Day 8 Tr. at 2011-2053, and Day 9 Tr. at 2060-2204, including but not limited to: 572:24-573:2; 576:24-577:9; 578:2-579:10; 580:5-11; 2066:17-21<br><br>Regeneron's Proposed Findings for Fact and Conclusions of Law in *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61-TSK, ECF 590, including but not limited to ¶¶ 3, 49, 118, 413 |

| Term | Patent | Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | Regeneron's Responsive Post-Trial Brief Addressing Validity of the Asserted Patents in *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61-TSK, ECF 589, including but not limited to pp. 6, 10<br><br>Regeneron's Reply Post-Trial Brief Addressing Infringement of the Asserted Patents in *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61-TSK, ECF 597, including but not limited to p. 5<br><br>*Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, 714 F. Supp. 3d 652 (N.D.W. Va. 2024), including but not limited to 714 F. Supp. 3d at 681-82, 690-92, 707, 743<br><br>Prior art of record during prosecution of the '099 patent, including but not limited to:<br><br>U.S. Securities and Exchange Commission, Form 10-K, Regeneron Pharmaceuticals, Inc. (Feb. 28, 2006), including but not limited to p. 3<br><br>Press Release, Regeneron Pharmaceuticals, Inc., *Regeneron's VEGF Trap Demonstrates Positive Preliminary Results in Patients with Age-related Macular Degeneration*, (Feb. 2, 2006), including but not limited to p. 5<br><br>Avery, R.L. et al., *Intravitreal Bevacizumab (Avastin) for Neovascular Age-Related Macular Degeneration*, Ophthalmology 2006; 113:363-372<br><br>Spaide R. F. et al., *Intravitreal bevacizumab treatment of choroidal neovascularization secondary to age-related macular degeneration*, Retina, The |

| Term | Patent | Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | Journal of Retinal and Vitreous Diseases (April 2006) vol 26; number 4; 383 – 390<br><br>*Method for treating intraocular neovascular diseases*, International Patent Publ. No. WO 2006/047325 (Publication Date: May 4, 2006), including but not limited to 31:27-32:26; 34:2-9<br><br>Chang et al., *Practical Approaches to Protein Formulation Development*, in *Rational Design of Stable Protein Formulations* (J.F. Carpenter & M.C. Manning eds., 2002), pp. 1-25, including but not limited to at 13-16<br><br>*Antiprostaglandins for the treatment of ocular pathologies*, International Patent Publ. No. WO 2020/160133 (Publication Date: November 3, 2005), including but not limited to 11:25-30; 25:15-17; 27:26-28:5 |

July 30, 2026

Respectfully submitted,

**AMGEN INC.**

/s/ John R. Labbe
John R. Labbe (PHV)
Kevin M. Flowers (PHV)
Thomas Burns (PHV)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

Stuart A. McMillan [WVSB #6352]
smcmillan@bowlesrice.com
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
(304) 347-1110

Kaitlyn N. McKitrick [WVSB #12782]
kmckitrick@bowlesrice.com
BOWLES RICE LLP
125 Granville Square
Morgantown, West Virginia 26505
(304) 285-2500 – Telephone

E. Anthony Figg (PHV)
Joseph A. Hynds (PHV)
Jennifer Nock (PHV)
Brett A. Postal (PHV)
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001
(202) 783-6040

Jesse M. Weiss (PHV)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
jweiss@cravath.com

Wendy Whiteford (PHV)
Eric Agovino (PHV)
Chanson Chang (PHV)
Pauline Pelletier (PHV)
Gregory Bonifield (PHV)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

*Attorneys for Defendant Amgen Inc.*

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>Case No. 1:24-cv-39-TSK<br>Case No. 1:25-cv-74-TSK | MDL No. 1-24-md-3103-TSK |

## CERTIFICATE OF SERVICE

I certify that on July 30, 2026, I caused a true and correct copy of Amgen Inc.'s Identification of Intrinsic and Extrinsic Evidence Regarding Claim Construction to be served on all counsel of record via electronic mail.

**AMGEN INC.**

/s/ John R. Labbe
John R. Labbe (PHV)
Kevin M. Flowers (PHV)
Thomas Burns (PHV)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

Stuart A. McMillan [WVSB #6352]
smcmillan@bowlesrice.com
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
(304) 347-1110

Kaitlyn N. McKitrick [WVSB #12782]
kmckitrick@bowlesrice.com
BOWLES RICE LLP
125 Granville Square
Morgantown, West Virginia 26505
(304) 285-2500 – Telephone

E. Anthony Figg (PHV)
Joseph A. Hynds (PHV)
Jennifer Nock (PHV)
Brett A. Postal (PHV)
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001
(202) 783-6040

Jesse M. Weiss (PHV)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
jweiss@cravath.com

Wendy Whiteford (PHV)
Eric Agovino (PHV)
Chanson Chang (PHV)
Pauline Pelletier (PHV)
Gregory Bonifield (PHV)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

*Attorneys for Defendant Amgen Inc.*