**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**This Document Relates to:**<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>**Case No. 1:24-cv-39-TSK**<br>**Case No. 1:25-cv-74-TSK** | MDL No. 1:24-md-3103-TSK<br><br>**DECLARATION OF KATHRYN S. KAYALI** |

I, Kathryn S. Kayali, make the following Declaration based on personal knowledge of the matters set forth herein. I am a partner at Williams & Connolly LLP, counsel to Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") in this matter. I am a member in good standing with the Bars of Massachusetts and Washington, D.C., and my *pro hac vice* motion to represent Regeneron in this action in the United States District Court for the Northern District of West Virginia has been granted. I submit this declaration in support of Regeneron's Opening Claim Construction Brief. I have personal knowledge of the facts set forth in this declaration, and if called upon I could and would testify competently to the following:

1. Attached hereto as Exhibit 8[1] is a true and correct PDF copy of an email sent by Jennifer Nock (counsel for Amgen) to myself and other counsel for Regeneron on August 5, 2026, with attachments that include Exhibits 6, 12, 13, and 14 to Regeneron's Opening Claim Construction Brief.

2. Attached hereto as Exhibit 9 is a true and correct copy of a document entitled "Petition for *Inter Partes* Review of U.S. Patent No. 11,084,865 B2," bearing the caption *Fresenius Kabi*

[1] Exhibit Nos. 1-7 are addressed in the declaration of David Berl.

*SwissBioSim GmbH, Petitioner v. Regeneron Pharmaceuticals., Inc.*, *Patent Owner*, Case IPR2025-01268, U.S. Patent No. 11,084,865 B2.

3. Attached hereto as Exhibit 10 is a true and correct copy of a document entitled "Patent Owner's Preliminary Response," bearing the caption *Fresenius Kabi SwissBioSim GmbH, Petitioner v. Regeneron Pharmaceuticals., Inc.*, *Patent Owner*, Case: IPR2025-01268, U.S. Patent No. 11,084,865.

4. Attached hereto as Exhibit 11 is a true and correct copy of a document entitled "Expert Declaration of Dr. Joshua Ramsey In Support of Petition for Inter Partes Review of U.S. Patent No. 11,084,865," bearing the caption *Fresenius Kabi SwissBioSim GmbH, Petitioner v. Regeneron Pharmaceuticals., Inc.*, *Patent Owner*, Case IPR2025-01268, U.S. Patent No. 11,084,865.

5. Attached hereto as Exhibit 12 is a true and correct copy of an attachment to Exhibit 8 (an email from Jennifer Nock dated August 5, 2026). The document is entitled "Regeneron and Bayer's Trial Skeleton Argument."

6. Attached hereto as Exhibit 13 is a true and correct copy of an attachment to Exhibit 8 (an email from Jennifer Nock dated August 5, 2026). The document is entitled "Judgment of 17 July 2026."

7. Attached hereto as Exhibit 14 is a true and correct copy of an attachment to Ms. Nock's August 5, 2026, email (Exhibit 8 hereto). The document is entitled "Responding Validity Report of Dr. Douglas Kline," bears the date April 10, 2025, and refers to "Canadian Patent No. 2,654,510."

8. Attached hereto as Exhibit 15 is a true and correct copy of a document entitled "The Vitreous Humor" and stamped as Formycon's Exhibit 1041 in *Formycon AG v. Regeneron Pharms., Inc.*, IPR2025-00233.

9. Attached hereto as Exhibit 16 is a true and correct copy of an email chain between counsel for Amgen and counsel for Regeneron, including myself, dated from November 26, 2025, through May 5, 2026.

10. Attached hereto as Exhibit 17 is a true and correct copy of a document entitled "Declaration of Dr. Edward Chaum" bearing the caption *Samsung Bioepis Co. Ltd., Petitioner, v. Regeneron Pharmaceuticals, Inc., Patent Owner*, Case No: IPR2025-00176, U.S. Patent No. 11,084,865.

11. Attached hereto as Exhibit 18 is a true and correct copy of a document entitled "Declaration of Dr. Laird Forrest" and bearing the caption *Formycon AG, Petitioner v. Regeneron Pharmaceuticals., Inc*., *Patent Owner*, Case IPR2025-00233, U.S. Patent No. 11,084,865.

12. Attached hereto as Exhibit 19 is a true and correct copy of a document entitled "Declaration of Dr. Todd Lefkowitz" bearing the caption "*Formycon AG, Petitioner v. Regeneron Pharmaceuticals., Inc*., *Patent Owner*, Case IPR2025-00233, U.S. Patent No. 11,084,865.

13. Attached hereto as Exhibit 20 is a true and correct copy of a document entitled "Declaration of Dr. Alpaslan Yaman" bearing the caption *Samsung Bioepis Co. Ltd., Petitioner v. Regeneron Pharmaceuticals., Inc., Patent Owner*, Case IPR2025-00176, U.S. Patent No. 11,084,865.

14. Attached hereto as Exhibit 21 is a true and correct copy of a document entitled "Interview Summary and Amendment Under 37 CFR § 1.111" listing Application Number 16/739,559 and dated May 5, 2021.

15. Attached hereto as Exhibit 22 is a true and correct copy of the document produced in this litigation starting at Bates Number RGN-EYLEA-BIOSIM-AMG-02053787 (Chang 2002).

16. Attached hereto as Exhibit 23 is a true and correct copy U.S. Patent Application Publication No. 2025/0082726.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2026 in Washington, D.C.

Kathryn S Kayali

Kathryn S. Kayali