# EXHIBIT 8

**From:** Jennifer Nock
**To:** Pan, Adam; Eylea; drpogue@cdkrlaw.com; sruby@cdkrlaw.com; regeneronpatent@lists.kellogghansen.com; grp-pw-eylea-biosimilars@paulweiss.com; Berl, David
**Cc:** ABP938; MGB-Amgen-ABP938; AmgenLitigation@cravath.com; Kaitlyn McKitrick; Stuart McMillan; Mary Anne Sturba; John R. Labbe
**Subject:** RE: In re: Aflibercept Patent Litig - Amgen"s Identification of Evidence Regarding Claim Construction
**Date:** Wednesday, August 5, 2026 2:05:46 PM
**Attachments:** 2026-08-05 Letter to Regeneron re Supplemental Evidence for Claim Construction.pdf
Judgment - Formycon v. Regeneron, HP-2024-000015 HP-2024-000036.pdf
Defendants" Opening Skeleton - Formycon v. Regeneron, HP-2024-000015 HP-2024-000036.pdf
S2025_003-Urteil_2026-07-17 en-GB.pdf
Kline, Douglas, RESPONDING Expert Report.pdf

---

Counsel,

Please see attached. Additionally, please promptly provide the draft Joint Claim Construction statement due today.

Thanks,
Jen

Jennifer P. Nock
Rothwell, Figg, Ernst & Manbeck. P.C.
901 New York Avenue NW, Suite 900 East
Washington, DC 20001
Main: (202) 783-6040
Direct Dial: (202) 772-5661

The information contained in this communication is confidential, may be subject to attorney-client and/or work product privilege, and/or is intended only for the use of the addressee. Unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify Rothwell, Figg, Ernst & Manbeck, P.C. at (202) 783-6040.

---

**From:** Pan, Adam <apan@wc.com>
**Sent:** Tuesday, August 4, 2026 7:08 PM
**To:** Jennifer Nock <jnock@rothwellfigg.com>; Eylea <Eylea@wc.com>; drpogue@cdkrlaw.com; sruby@cdkrlaw.com; regeneronpatent@lists.kellogghansen.com; grp-pw-eylea-biosimilars@paulweiss.com; Berl, David <DBerl@wc.com>
**Cc:** ABP938 <ABP938@rothwellfigg.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; AmgenLitigation@cravath.com; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; Stuart McMillan <smcmillan@bowlesrice.com>; Mary Anne Sturba <msturba@bowlesrice.com>; John R. Labbe <jlabbe@marshallip.com>
**Subject:** RE: In re: Aflibercept Patent Litig - Amgen's Identification of Evidence Regarding Claim Construction

Counsel,

Amgen’s belated disclosure of potentially thousands of documents from seven different

proceedings is plainly improper and fails to give Regeneron any notice of the evidence Amgen intends to rely on for claim construction.

Your purported "disclosure" identifies the entirety of the filings from these proceedings without limitation, and goes further to suggest that it may rely on filings from yet other, unidentified, proceedings. Contrary to your email, Amgen appears to have been well-aware of these documents, many of which appear to have been known to Amgen for over a year, including because ***Amgen itself*** was party to one of these proceedings. Amgen's disclosure is in direct violation of the Court's Order Regarding Claim Construction Schedule (ECF 924), and your letter fails to excuse Amgen's late disclosure in any meaningful way.

Instead, Amgen's disclosure appears to be an attempt to secure a strategic advantage by dumping thousands of documents on Regeneron at the eleventh hour (the majority of which have not been produced, including the Swiss document you reference in your letter). Amgen's identification of filings from a Canadian litigation also demonstrates that Amgen intends to use discovery as both a sword and a shield. For months now, Amgen has refused to produce documents from this litigation despite Regeneron's repeated requests. Yet now, Amgen appears to have cherry-picked documents to rely on in claim construction, while shielding other documents from discovery under the guise of confidentiality concerns. Amgen's late disclosure deprives Regeneron of a fair chance to respond to Amgen's evidence, including because Regeneron no longer has an opportunity under the parties' negotiated schedule to disclose expert evidence addressing these new documents.

Amgen should immediately confirm that it will withdraw this supplemental disclosure. If Amgen refuses, Regeneron reserves all rights to seek appropriate relief with respect to these belated disclosures, including but not limited to striking Amgen's disclosures and Amgen's positions relying on the evidence in these purported disclosures.

Best,

Adam

**Adam Pan**
**Associate | Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5910 | (F) 202-434-5029
apan@wc.com | www.wc.com

---

**From:** Jennifer Nock <jnock@rothwellfigg.com>
**Sent:** Tuesday, August 4, 2026 5:54 PM
**To:** Eylea <Eylea@wc.com>; drpogue@cdkrlaw.com; sruby@cdkrlaw.com; regeneronpatent@lists.kellogghansen.com; grp-pw-eylea-biosimilars@paulweiss.com; Berl, David <DBerl@wc.com>

**Cc:** ABP938 <ABP938@rothwellfigg.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; AmgenLitigation@cravath.com; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; Stuart McMillan <smcmillan@bowlesrice.com>; Mary Anne Sturba <msturba@bowlesrice.com>; John R. Labbe <jlabbe@marshallip.com>
**Subject:** RE: In re: Aflibercept Patent Litig - Amgen's Identification of Evidence Regarding Claim Construction

Counsel,
Please see attached.

Best,
Jen

Jennifer P. Nock
Rothwell, Figg, Ernst & Manbeck. P.C.
901 New York Avenue NW, Suite 900 East
Washington, DC 20001
Main: (202) 783-6040
Direct Dial: (202) 772-5661

The information contained in this communication is confidential, may be subject to attorney-client and/or work product privilege, and/or is intended only for the use of the addressee. Unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify Rothwell, Figg, Ernst & Manbeck, P.C. at (202) 783-6040.

---

**From:** Jennifer Nock <jnock@rothwellfigg.com>
**Sent:** Thursday, July 30, 2026 4:59 PM
**To:** eylea@wc.com; drpogue@cdkrlaw.com; sruby@cdkrlaw.com; regeneronpatent@lists.kellogghansen.com; grp-pw-eylea-biosimilars@paulweiss.com; dberl@wc.com
**Cc:** ABP938 <ABP938@rothwellfigg.com>; MGB-Amgen-ABP938 <MGB-Amgen-ABP938@marshallip.com>; AmgenLitigation@cravath.com; Kaitlyn McKitrick <kmckitrick@bowlesrice.com>; Stuart McMillan <smcmillan@bowlesrice.com>; Mary Anne Sturba <msturba@bowlesrice.com>; John R. Labbe <jlabbe@marshallip.com>
**Subject:** RE: In re: Aflibercept Patent Litig - Amgen's Identification of Evidence Regarding Claim Construction

Counsel,

I attach for service Amgen’s Identification of Evidence Regarding Claim Construction.

Best,
Jen

Jennifer P. Nock
Rothwell, Figg, Ernst & Manbeck. P.C.
901 New York Avenue NW, Suite 900 East
Washington, DC 20001
Main: (202) 783-6040
Direct Dial: (202) 772-5661

The information contained in this communication is confidential, may be subject to attorney-client and/or work product privilege, and/or is intended only for the use of the addressee. Unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify Rothwell, Figg, Ernst & Manbeck, P.C. at (202) 783-6040.

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.