# EXHIBIT 16

# Filed Under Seal