**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>Case No. 1:24-cv-39-TSK<br>Case No. 1:25-cv-74-TSK | MDL No. 1-24-md-3103-TSK |

**DECLARATION OF BRETT A. POSTAL IN SUPPORT OF**
**AMGEN INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Brett A. Postal, make the following Declaration based on personal knowledge of the matters set forth herein. I am a partner at Rothwell, Figg, Ernst, & Manbeck, P.C., counsel to Defendant Amgen Inc. ("Amgen") in this matter. I am a member in good standing with the Virginia State Bar and the District of Columbia Bar, and my pro hac vice motion to represent Amgen in this action in the United States District Court for the Northern District of West Virginia has been granted. I submit this declaration in support of Amgen's Responsive Claim Construction Brief. I have personal knowledge of the facts set forth in this declaration, and if called upon I could and would testify competently to the following:

1. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt of Trial Transcript Vol. 8 (ECF No. 568) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. June 22, 2023).

2. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of a claim construction hearing transcript from *Volterra Semiconductor LLC, v. Monolithic Power Systems, Inc.*, No. 19-cv-2240, ECF No. 365 (D. Del. Nov. 12, 2021).

3. Attached hereto as Exhibit 16 is a website printout of the definition of "function" from Merriam-Webster's online dictionary, available at https://www.merriam-webster.com/dictionary/function (accessed September 14, 2026).

4. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt of the redacted version of Regeneron's Findings of Fact and Conclusions of Law (ECF No. 590) from *Regeneron Pharms., Inc. v. Mylan Pharms. Inc.*, No. 22-cv-61 (N.D.W. Va. July 24, 2023).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 16th day of September 2026 in Washington, D.C.

*/s/ Brett A. Postal*
Brett A. Postal