# EXHIBIT 16

1,400 new words in our dictionary: Parasocial, glow-up, promposal & more

Merriam-Webster Est. 1828 | Dictionary | Thesaurus | function | Games | Word of the Day | Grammar | Word Finder | Slang | Newsletters | Wordplay | More

Dictionary
Definition
noun
verb
Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Rhymes
Entries Near
Cite this Entry
Kids Definition
Medical Definition
More from M-W
Show Less
Save Word

# function 1 of 2 noun

func·tion ˈfəŋ(k)-shən

Synonyms of *function* ›

NEW Simple Definition

1 : professional or official position : **OCCUPATION**

His job combines the *functions* of a manager and a worker.

2 : the action for which a person or thing is specially fitted or used or for which a thing exists : **PURPOSE**

the *function* that volunteers can perform in the organization

3 : any of a group of related actions contributing to a larger action

*especially* : the specific contribution of a bodily part to the processes necessary for life in an organism

The *function* of the heart is to pump blood through the body.

4 : an official or formal ceremony or social gathering

They went to several *functions* during their college reunion weekend.

5 a : a mathematical correspondence that assigns exactly one element of one set to each element of the same or another set

b : a variable (such as a quality, trait, or measurement) that depends on and varies with another

height is a *function* of age

*also* : **RESULT**

illnesses that are a *function* of stress

6 : characteristic behavior of a chemical compound due to a particular reactive unit

*also* : **FUNCTIONAL GROUP**

7 : a computer subroutine

*specifically* : one that performs a calculation with variables (see VARIABLE entry 2 sense 1a) provided by a program and supplies the program with a single result

**functionless** ˈfəŋ(k)-shən-ləs adjective

# function 2 of 2 verb

**functioned; functioning** ˈfəŋ(k)-sh(ə-)niŋ

*intransitive verb*

1 : to have a function : **SERVE**

a couch that also *functions* as a bed

an attributive noun *functions* as an adjective

2 : to carry on a function or be in action : **OPERATE**

The new machine *functions* well.

an immune system *functioning* normally

ADVERTISEMENT

ADVERTISEMENT

Top Lookups

ADVERTISEMENT

7 love

ADVERTISEMENT

WORD OF THE DAY

facsimile

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

ADVERTISEMENT



## Synonyms of *function*

**Noun** Relevance

event party reception
bash celebration

**Verb**

serve act work

See All Synonyms & Antonyms in Thesaurus ›

## Choose the Right Synonym for *function*

**FUNCTION**, **OFFICE**, **DUTY**, **PROVINCE** mean the acts or operations expected of a person or thing.

**FUNCTION** implies a definite end or purpose or a particular kind of work.

> the *function* of language is two-fold: to communicate emotion and to give information
> – Aldous Huxley

**OFFICE** is typically applied to the function or service associated with a trade or profession or a special relationship to others.

> they exercise the *offices* of the judge, the priest, the counsellor
> – W. E. Gladstone

**DUTY** applies to a task or responsibility imposed by one's occupation, rank, status, or calling.

> it is the judicial *duty* of the court, to examine the whole case
> – R. B. Taney

**PROVINCE** applies to a function, office, or duty that naturally or logically falls to one.

> I felt it was not my *province* to inquire
> – Anne Brontë

ADVERTISEMENT

## Examples of *function* in a Sentence

### Noun

The ***function*** of the heart is to pump blood through the body.

He believes that the true ***function*** of art is to tell the truth.

What ***functions*** do these programs fulfill?

See More ⌄

### Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

**Noun**

> On October 4, 2016, the famously quiet, reserved fighter picked up her phone, opened her Twitter (now 'X' ) app and clicked on the 'search' ***function***.
> – Sarah Shephard, *New York Times*, 6 Sep. 2026

> Tomato sauce also provides potassium, which helps support healthy blood pressure and normal muscle and nerve ***function***, plus vitamins A and C, which are important for immune function, vision and tissue health.
> – Daryl Austin, *USA Today*, 6 Sep. 2026

**Verb**

> While the camera is reportedly compatible with cards up to 128GB, online reviews noted that with the larger SD cards, the camera seems to overheat and wouldn't ***function*** as well.
> – Jamie Spain, *Condé Nast Traveler*, 5 Sep. 2026

> Rao and Succi correctly identify accountability as the dividing line between a useful medical tool and a ***functioning*** medical system.
> – Torie Bosch, *STAT*, 5 Sep. 2026

See All Example Sentences for *function* ›

## Word History

### Etymology

**Noun and Verb**

Latin *function-*, *functio* performance, from *fungi* to perform; probably akin to Sanskrit *bhuṅkte* he enjoys

### First Known Use

**Noun**

1533, in the meaning defined at sense 2

**Verb**

1856, in the meaning defined at sense 1

### Time Traveler

**The first known use of *function* was in 1533**

See more words from the same year

## Phrases Containing *function*

a function of | Bessel function | circular function
composite function | cumulative distribution function | density function
discriminant function | distribution function | executive function
exponential function | function key | function word

See More

ADVERTISEMENT




**Try AutoQuote Explorer®**

Compare car insurance options to find your path to savings

SPONSORED BY **PROGRESSIVE INSURANCE**

GET QUOTE

## Rhymes for *function*

| | | |
|---|---|---|
| junction | unction | adjunction |
| compunction | conjunction | disjunction |
| dysfunction | injunction | malfunction |
| eigenfunction | multifunction | heterojunction |

See All Rhymes for *function* >

## Browse Nearby Words

Funchal **function** functionaire

See All Nearby Words >

## Cite this Entry

**Style** MLA

"Function." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/function. Accessed 16 Sep. 2026.

Copy Citation

## Kids Definition

# function 1 of 2 noun

func·tion ˈfəŋ(k)-shən

**1** : professional job or duties : **OCCUPATION**

**2 a** : the particular purpose for which a person or thing is specially fitted or used or for which a thing exists

the *function* of a knife is cutting

**b** : the natural or proper action of a bodily part in a living thing

the *function* of the heart

**3** : a large important ceremony or social affair

**4 a** : a mathematical relationship that assigns exactly one element of one set to each element of the same or another set

**b** : something (as a quality, trait, or measurement) that is determined by or based on something else

height is a *function* of age in children

**functionless** -ləs adjective

# function 2 of 2 verb

**functioned; functioning** -sh(ə-)niŋ

: to serve a certain purpose : **WORK**

ADVERTISEMENT

## Medical Definition

# function 1 of 2 noun

func·tion ˈfəŋ(k)-shən

1 : any of a group of related actions contributing to a larger action

*especially* : the specific contribution of a bodily part to the processes necessary for life in an organism

The *function* of the kidneys is to filter waste from the blood.

→ see VITAL FUNCTION

2 : characteristic behavior of a chemical compound due to a particular reactive unit

*also* : **FUNCTIONAL GROUP**

**functionless** -ləs adjective

# function 2 of 2 intransitive verb

**functioned; functioning** -sh(ə-)niŋ

: to have a function

shivering *functions* to maintain the heat of the body

## More from Merriam-Webster on *function*

Britannica.com: Encyclopedia article about *function*

Last Updated: 7 Sep 2026 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## Popular in Grammar & Usage

See More




**Merriam-Webster's Great Big List of Words You Love to Hate**



**A Who's Who Regarding 'Who's' and 'Whose'**



**Why do we use apostrophes to show possession?**



**'A' or 'an'? What about before 'h'? An Indefinite Article Guide**



**Why is '-ed' sometimes pronounced at the end of a word?**

## Popular in Wordplay

See More



9 Words That Sound Like Insults But Aren't



Back to School Vocabulary



Words from the 'Odyssey'



Ye Olde Nincompoop: Old-Fashioned Words for 'Stupid'



14 Phobias You Probably Haven't Heard Of

## Games & Quizzes

See All




**Quordle**
Can you solve 4 words at once?
Play




**Blossom**
Pick the best words!
Play



**The Missing Letter**
A daily crossword with a twist
Play



**Challenging Words You Should Know Vol 2**
Words to the wise
Take the quiz

Merriam-Webster

Learn a new word every day. Delivered to your inbox!

Your email address

SUBSCRIBE

Help About Us Apps Advertising Info Contact Us Privacy Policy Terms of Use

© 2026 Merriam-Webster, Incorporated




