**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>Case No. 1:24-cv-39-TSK-JPM<br>Case No. 1:25-cv-74-TSK-JPM | MDL No. 1-24-md-3103-TSK-JPM |

**DEFENDANT AMGEN INC.'S MOTION TO MODIFY CASE SCHEDULE**

Defendant Amgen Inc. ("Amgen") hereby moves to modify the case schedule as set forth in the following table:

| Event | Current Date | Proposed Date |
|---|---|---|
| *Markman* Hearing | November 23, 2026 | November 12-13 or 16-20, 2026, or thereafter at the Court's convenience |
| Close of Fact Discovery | November 4, 2026 | January 29, 2027 |
| Plaintiff Serves Final Infringement Contentions and Defendants Serve Final Invalidity Contentions | November 11, 2026 | February 5, 2027 |
| Opening Expert Reports | November 25, 2026 | February 26, 2027 |
| Responsive Expert Reports | December 23, 2026 | April 9, 2027 |
| Reply Expert Reports | January 13, 2027 | May 7, 2027 |
| Close of Expert Discovery | February 10, 2027 | June 11, 2027 |

In support of this motion, Amgen relies upon the incorporated Memorandum and exhibits submitted in support thereof.

October 1, 2026

Respectfully submitted,

**AMGEN INC.**

/s/ John R. Labbe
John R. Labbe (PHV)
Kevin M. Flowers (PHV)
Thomas Burns (PHV)
Daniel Gonzalez (PHV)
Christopher J. Hall (PHV)
Izabella N. C. Higson (PHV)
Isha Shah (PHV)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300
Stuart A. McMillan [WVSB #6352]
smcmillan@bowlesrice.com
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
(304) 347-1110

Kaitlyn N. McKitrick [WVSB #12782]
kmckitrick@bowlesrice.com
BOWLES RICE LLP
125 Granville Square
Morgantown, West Virginia 26505
(304) 285-2500

E. Anthony Figg (PHV)
Joseph A. Hynds (PHV)
Jennifer Nock (PHV)
Brett A. Postal (PHV)
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
901 New York Avenue, NW
Suite 900 East
Washington, D.C. 20001
(202) 783-6040

Jesse M. Weiss (PHV)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
jweiss@cravath.com

Wendy Whiteford (PHV)
Eric Agovino (PHV)
Chanson Chang (PHV)
Pauline Pelletier (PHV)
Gregory Bonifield (PHV)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

*Attorneys for Defendant Amgen Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I caused a true and correct copy of Defendant Amgen Inc.'s Motion to Modify Case Schedule, and served on all counsel of record via the Court's ECF system. I further caused a true and correct copy of the accompanying Memorandum in Support of the Motion, Declaration of John R. Labbe including exhibits, and proposed order to be filed under seal and served on all counsel of record via electronic mail.

/s/ John R. Labbe
John R. Labbe